UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

AFFIDAVIT OF SERVICE

Index No: **07 CIV 6377 (SCHEINDLIN)**

Plaintiff/Petitioner: **Roberto E. Calle Gracey Etc.**

Defendant/Respondent: **Amaranth Advisors, LLC, et al**

STATE OF CONNECTICUT
COUNTY OF NEW HAVEN        ss.:

**Kevin Farina**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of twenty-one and not a party to this action. I reside in the State of Connecticut, County of New Haven.

On **08/02/2007 at 5:27 PM**, I served the within **Summons and Class Action Complaint** on **Nicholas M. Maounis** at **20 Andrews Farm Road, Greenwich, CT 06831** in the manner indicated below:

☑ SUITABLE AGE: By delivering a true copy of each to **Aliza Galka, Live-In Domestic**, a person of suitable age and discretion. Said premised is recipient's ☐ actual place of business ☑ dwelling house (usual place of abode) within the state.

☑ MAIL COPY. On **08/03/2007**, deponent completed service by depositing a true copy of each document to the above address in a 1st Class postpaid properly addressed envelope not indicating that mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the Defendant, or other person served on behalf of the Defendant is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | White | Brown | 38 | 5'7 | 140 |
| Other features: | | | | | |

☑ MIL. SRVC. Your deponent asked the person spoken to whether defendant was in the active military service of the United States and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, defendant is not in the military service.

Sworn to and subscribed before me this
_3_ day of _August_, 20_07_
by an affiant who is personally known to
me or produced identification.

X _Kevin Farina_
Kevin Farina

_S. Tumkowski_
NOTARY PUBLIC
My Commission Expires: _____
STEPHEN TOMKOWSKI
*NOTARY PUBLIC*
My Commission Expires Aug. 31, 2011