```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
ROBERTO E. CALLE GRACEY,             )
on behalf of himself and all others  )   Docket No.
similarly situated,                  )   07 Civ. 7677 (6300/SAS)
                                     )
                   Plaintiff,        )   STIPULATION
                                     )   AND PROPOSED
        -against-                    )   ORDER
                                     )
AMARANTH ADVISORS, LLC, NICHOLAS M.  )
MAOUNIS, J.P. MORGAN CHASE & CO., and)
JOHN DOES NOS. 1-10,                 )
                                     )
                   Defendants.       )
                                     )
------------------------------------X
```



WHEREAS, the parties desire to establish a schedule for the filing of an Amended Complaint and the filing and briefing of defendants' motion(s) to dismiss same,

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, as follows:

1. Defendants' time to answer the complaint filed on July 12, 2007 is extended without date.

2. Plaintiff shall serve and file an Amended Complaint on or before October 15, 2007.

3. Defendants shall serve and file their motion(s) to dismiss on or before January 15, 2008.

4. Plaintiff shall serve and file his opposition to defendants' motion(s) to dismiss on or before March 14, 2008.

1

5. Defendants shall serve and file reply papers in further support of their motion(s) to dismiss on or before April 15, 2008.

Dated: New York, New York
August 14, 2007

>LAW OFFICE OF
>CHRISTOPHER J. GRAY, P.C.
>
>By: ___*C.J. [signature]*___
>　　　Christopher J. Gray (CG 0334)
>460 Park Avenue, 21ST Floor
>New York, NY 10022
>(212) 838-3221
>(212) 937-3139 (fax)
>
>
>LOUIS F. BURKE, P.C.
>
>By: ___*[signature]*___
>　　　Louis F. Burke (LB 4686)
>460 Park Avenue, 21ST Floor
>New York, NY 10022
>(212) 682-1700
>(212) 808-4280
>
>☐  *Attorneys for Plaintiff*
>　　*Roberto E. Calle Gracey*

2

Dated:   New York, New York
         August 14, 2007

                PAUL, WEISS, RIFKIND,
                WHARTON & GARRISON, LLP

                By:   s/ Daniel J. Toal
                      Daniel J. Toal
                1285 Avenue of the Americas
                New York, NY 10019
                (212) 373-3000
                (212) 757-3990 (fax)

                *Attorneys for Defendant*
                *J. P. Morgan Chase & Co.*


Dated:   New York, New York
         August 14, 2007

                WINSTON & STRAWN LLP

                By:   s/ Steven M. Schwartz
                      Steven M. Schwartz
                200 Park Avenue
                New York, NY 10166
                (212) 294-6700
                (212) 294-4700 (fax)

                *Attorneys for Defendant*
                *Amaranth Advisors, LLC*

3

Dated: New York, New York
       August 14, 2007

                    HELLER EHRMAN LLP

            By:   s/ Geoffrey F. Aronow
                  Geoffrey F. Aronow
            Times Square Tower
            Seven Times Square
            New York, NY 10036
            (212) 832-8300
            (212) 763-7600 (fax)

            *Attorneys for Defendant*
            *Nicholas M. Maounis*

SO ORDERED this 15 day of August, 2007.

                                    _____
                                    U.S.D.J.