UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| ROBERTO E. CALLE GRACEY, | : | 07 Civ. 6377 (SAS) |
| Plaintiff, | : | |
| | | **NOTICE OF** |
| - against- | : | **APPEARANCE** |
| | | |
| AMARANTH ADVISORS, LLC, NICHOLAS M. MAOUNIS, J.P.MORGAN CHASE & CO., and JOHN DOES NOS. 1-10, | : | |
| | : | |
| Defendants. | : | |

-----------------------------------------------------------------X

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant J.P.Morgan Chase & Co.

Dated: New York, NewYork
       August 22, 2007

                                        PAUL WEISS, RIFKIND, WHARTON
                                        & GARRISON LLP

                                        By: /s/ Mark F. Pomerantz
                                            Mark F. Pomerantz
                                        1285 Avenue of the Americas
                                        New York, NY 10019
                                        (212) 373-3000

                                        *Attorneys for J.P.Morgan Chase & Co.*

To:  All Counsel of Record