UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| ROBERTO E. CALLE GRACEY, | : | 07 Civ. 6377 (SAS) |
| Plaintiff, | : | |
| - against- | : | **NOTICE OF APPEARANCE** |
| AMARANTH ADVISORS, LLC, NICHOLAS M. MAOUNIS, J.P.MORGAN CHASE & CO., and JOHN DOES NOS. 1-10, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------X

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant J.P.Morgan Chase & Co.

Dated: New York, NewYork
August 22, 2007

PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: /s/ Daniel J. Toal
      Daniel J. Toal
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000

*Attorneys for J.P.Morgan Chase & Co.*

To:  All Counsel of Record