UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ROBERTO E. CALLE GRACEY,                :         07 Civ. 6377 (SAS)

               Plaintiff,            :
                                                       **NOTICE OF**
   - against-                                :         **APPEARANCE**

AMARANTH ADVISORS, LLC, NICHOLAS M.      :
MAOUNIS, J.P.MORGAN CHASE & CO., and
JOHN DOES NOS. 1-10,                    :

               Defendants.           :

----------------------------------------------------------------X

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant J.P.Morgan Chase & Co.

Dated: New York, NewYork
       August 22, 2007

                                      PAUL WEISS, RIFKIND, WHARTON
                                      & GARRISON LLP

                                      By: /s/ Marguerite S. Dougherty
                                            Marguerite S. Dougherty
                                      1285 Avenue of the Americas
                                      New York, NY 10019
                                      (212) 373-3000

                                      *Attorneys for J.P.Morgan Chase & Co.*

To:  All Counsel of Record