UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERTO E. CALLE GRACEY,                    :        07 Civ. 6377 (SAS)

                Plaintiff,                :
                                                             RULE 7.1 STATEMENT
      - against-                                  :

AMARANTH ADVISORS, LLC, NICHOLAS M.          :
MAOUNIS, J.P.MORGAN CHASE & CO., and
JOHN DOES NOS. 1-10,                         :

                Defendants.               :

------------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for J.P.Morgan Chase & Co., certifies that J.P.Morgan Chase & Co. is a publicly traded corporation, it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 22, 2007

                                                PAUL WEISS, RIFKIND, WHARTON
                                                      & GARRISON LLP

                                               By: /s/ Daniel J. Toal
                                                   Daniel J. Toal
                                             1285 Avenue of the Americas
                                             New York, NY 10019
                                             (212) 373-3000

                                             *Attorneys for J.P.Morgan Chase & Co.*