UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ROBERTO E. CALLE GRACEY,            :         07 Civ. 6377 (SAS)

               Plaintiff,            :

                                                           **NOTICE OF**
        - against-             :         **APPEARANCE**

AMARANTH ADVISORS, LLC, NICHOLAS M. :
MAOUNIS, J.P.MORGAN CHASE & CO., and
JOHN DOES NOS. 1-10,                :

              Defendants.          :

------------------------------------------------------------X

Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendant J.P.Morgan Chase & Co.

Dated: New York, NewYork
       August 23, 2007

                                         PAUL, WEISS, RIFKIND, WHARTON
                                         & GARRISON LLP

                                         By: /s/ Eric S. Goldstein
                                              Eric S. Goldstein
                                         1285 Avenue of the Americas
                                       New York, NY 10019
                                       (212) 373-3000

                                       *Attorneys for J.P.Morgan Chase & Co.*

To:  All Counsel of Record