**LOUIS F. BURKE P.C.**
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
New York, New York 10022

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com



August 23, 2007

**BY HAND**

Hon. Shira A. Scheindlin
U.S. District Judge
U.S. District Court,
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

      Re:    Calle Gracey v. Amaranth Advisors, LLC, et al.
               (S.D.N.Y. Docket No. 07-CV-6377 (SAS))

Dear Judge Scheindlin:

    I am one of the attorneys for the plaintiff Roberto E. Calle Gracey ("plaintiff") in the above-referenced matter. I enclose a courtesy copy of the motion of plaintiff and the plaintiff in a related action, John Special v. Amaranth Advisors L.L.C., et al. (S.D.N.Y. Docket No. 07-CV-7181 (SAS)), for the entry of Pre-Trial Order No. 1, the Affidavit of Louis F. Burke and memorandum of law in support thereof.

    The parties have conferred and hereby respectfully request that the Court adjourn the pretrial conference currently scheduled for September 11, 2007 *sine die* in light of the scheduling order entered by the Court on August 15, 2007.

    Counsel for defendants have advised plaintiffs that they do not oppose the motion for the entry of Pre-Trial Order No. 1 in the form submitted herewith.

**Louis F. Burke PC**

Hon. Shira A. Scheindlin
August 23, 2007
Page 2

    Thank you for your consideration.

                                  Respectfully submitted,

                                  Louis F. Burke

Encls.
Copies via fax to:

Geoffrey M. Horn, Esq.
Lowey Dannenberg Bemporad Selinger & Cohen P.C.

Attorney for Plaintiff John Special

Geoffrey F. Aronow, Esq.
Heller Ehrman LLP
Attorney for Defendant Nicholas Maounis

Eric S. Goldstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attorney for Defendant JPMorgan Chase & Co.

Steven M. Schwartz, Esq.
Winston & Strawn LLP
Attorney for Defendant Amaranth Advisors L.L.C.

*[Handwritten:]* The parties' request is granted. The pretrial conference scheduled for September 11, 2007 is hereby adjourned sine die.

SO ORDERED:

Date: 8/23/07

Shira A. Scheindlin, U.S.D.J.