UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To:    All Cases

MASTER FILE
NO. 07-CV-6377 (SAS)



OCT 11 2007

ELECTR...
DOC #:
DATE F... 10/10/07

### STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

WHEREAS, the Court previously entered Revised Pretrial Order No. 1 dated September 19, 2007 which, inter alia, established a schedule for the filing of a Consolidated Amended Complaint and briefing on motion(s) to dismiss filed by defendants; and

WHEREAS, certain parties through counsel have conferred and agreed upon an extension of time for plaintiffs to file the Consolidated Amended Complaint and adjustment of the briefing schedule on any motion(s) to dismiss accordingly;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their counsel as follows:

1.    Plaintiffs shall serve and file a Consolidated Amended Complaint on or before November 29, 2007.

2.    Defendants shall serve and file any motion(s) to dismiss on or before February 29, 2008.

3.    Plaintiffs shall serve and file their papers in opposition to defendants' motion(s) to dismiss on or before April 14, 2008.

{2026 / STIP / 00084282.DOC v1}

4.    Defendants shall serve and file reply papers in further support of their motion(s) to dismiss on or before May 14, 2008.

Dated: New York, New York
       October 9, 2007

                                            LOUIS F. BURKE, P.C.

By: _____
Louis F. Burke (LB 4686)
Leslie Wybiral (LW 0629)
460 Park Avenue, 21ST Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (fax)

Christopher Lovell (CL 2595)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
(212) 719-4677 (fax)

Geoffrey M. Horn (GH 4179)
Vincent Briganti (VB 1497)
LOWEY DANNENBERG BEMPORAD
SELINGER & COHEN, P.C.
The Gateway-11th Floor
One North Lexington Avenue
White Plains, NY 10601-1714
(914) 997-0500
(914) 997-0032 (fax)

*Co-Lead Counsel for Plaintiffs*