UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To:   All Cases

MASTER FILE
NO. 07-CV-6377 (SAS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

### STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME

WHEREAS, the Court previously entered Revised Pretrial Order No. 1 dated September 19, 2007 which, <u>inter alia</u>, established a schedule for the filing of a Consolidated Amended Complaint and briefing on motion(s) to dismiss filed by defendants; and

WHEREAS, the Court entered a Stipulation and Proposed Order for Extension of Time on October 11, 2007 which extended the time for plaintiffs to file a Consolidated Amended Complaint and adjusted the briefing schedule on any motion(s) to dismiss; and

WHEREAS, the parties, through counsel, have conferred and agreed upon an additional extension of time for plaintiffs to file a Consolidated Amended Complaint and adjustment of the briefing schedule on any motion(s) to dismiss accordingly;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their counsel as follows:

1.   Plaintiffs shall serve and file a Consolidated Amended Complaint on or before December 14, 2007.

2.   Defendants shall serve and file any motion(s) to dismiss on or before March 14, 2008.

3.  Plaintiffs shall serve and file their papers in opposition to defendants' motion(s) to dismiss on or before April 28, 2008.

4.  Defendants shall serve and file reply papers in further support of their motion(s) to dismiss on or before May 28, 2008.

Dated: New York, New York
       November 20, 2007

                                          LOUIS F. BURKE, P.C.

                                          By: _____
                                          Louis F. Burke (LB 4686)
                                          Leslie Wybiral (LW 0629)
                                          460 Park Avenue, 21ST Floor
                                          New York, NY 10022
                                          (212) 682-1700
                                          (212) 808-4280 (fax)

                                          Christopher Lovell (CL 2595)
                                            LOVELL STEWART HALEBIAN LLP
                                          500 Fifth Avenue
                                          New York, NY 10110
                                          (212) 608-1900
                                          (212) 719-4677 (fax)

                                          Geoffrey M. Horn (GH 4179)
                                          Vincent Briganti (VB 1497)
                                          LOWEY DANNENBERG BEMPORAD
                                          SELINGER & COHEN, P.C.
                                          The Gateway-11th Floor
                                          One North Lexington Avenue
                                          White Plains, NY 10601-1714
                                          (914) 997-0500
                                          (914) 997-0032 (fax)

                                          *Co-Lead Counsel for Plaintiffs*

Dated: New York, New York
       November 20, 2007

                      HELLER EHRMAN LLP

                      By: /s/ Geoffrey F. Aronow
                           Geoffrey F. Aronow
                      Times Square Tower
                      Seven Times Square
                      New York, NY 10036
                      (212) 832-8300
                      (212) 763-7600 (fax)

                      *Attorneys for Defendant Nicholas M. Maounis*

Dated: New York, New York
       November 20, 2007

                      PAUL, WEISS, RIFKIND, WHARTON &
                      GARRISON, LLP

                      By: /s/ Eric S. Goldstein
                           Eric S. Goldstein
                           Daniel J. Toal
                      1285 Avenue of the Americas
                      New York, NY 10019
                      (212) 373-3000
                      (212) 757-3990 (fax)

                      *Attorneys for Defendant J. P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Dated: New York, New York
November 20, 2007

WINSTON & STRAWN LLP

By: /s/ Steven M. Schwartz
Steven M. Schwartz
200 Park Avenue
New York, NY 10166
(212) 294-6700
(212) 294-4700 (fax)

*Attorneys for Defendant Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*

SO ORDERED this ___ day of November, 2007.

_____
SHIRA A. SCHEINDLIN, U.S.D.J.

{2026 / STIP / 00084282.DOC v1}   4