UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                       :

IN RE AMARANTH NATURAL GAS      :   Master File No.
COMMODITIES LITIGATION               :   07-cv-06377 (SAS)
                                                     :
This Document Relates To:                 :   ECF Case
                                                     :
     ALL ACTIONS                           :
------------------------------------------------------------x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Heller Ehrman LLP, in its capacity as counsel for defendant Nicholas M. Maounis, hereby appears in this action and requests that all pleadings, notices, orders, correspondence, and other papers be served on the undersigned.

Dated: New York, New York
       December 21, 2007

                                      HELLER EHRMAN LLP

                                      /s/ Richard S. Goldstein
                                      Richard S. Goldstein (RG 9560)
                                      (email: richard.goldstein@hellerehrman.com)

                                      Andrew Levine (AL 3552)
                                      (email: andrew.levine@hellerehrman.com)

                                      Times Square Tower
                                      7 Times Square
                                      Phone: (212) 832-8300
                                      Facsimile: (212) 763-7600

TO: ATTACHED SERVICE LIST

## **CERTIFICATE OF SERVICE**

I, Andrew Levine, an attorney, hereby certify that, on the 21st day of December 2007, I caused a true and correct copy of Heller Ehrman LLP's Notice of Appearance as counsel for defendant Nicholas M. Maounis in the above captioned cases to be served, pursuant to the Court's Revised Pretrial Order No. 1, dated November 19, 2007, on the parties listed below by electronic mail:

Christopher J. Gray
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221
Fax: (212) 508-3695
gray@cjgraylaw.com
Attorney for Plaintiff Roberto E. Calle Gracey

Louis Fox Burke
Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280
lburke@lfblaw.com
Attorney for Plaintiff Roberto E. Calle Gracey

Bernard Persky
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068
bpersky@labaton.com
Attorney for Consolidated Plaintiff John F. Special

Geoffrey Milbank Horn
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com
Attorney for Consolidated Plaintiff John F. Special

Gregory Scott Asciolla
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212)-907-0827
Fax: (212)-818-0477
gasciolla@labaton.com
Attorney for Consolidated Plaintiff John F. Special

Vincent Briganti
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.,(WP)
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: 914-997-0035
vbriganti@lowey.com
Attorney for Consolidated Plaintiff John F. Special

Robert M. Rothman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
rrothman@csgrr.com
Attorney for Consolidated Plaintiff Gregory H. Smith

2

Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
Attorney for Consolidated Plaintiff Gregory H. Smith

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
lshllp@lshllp.com
Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP

Ian Trevor Stoll
Lovell Stewart Halebian, LLP
500 Fifth Avenue, 58th Flr.
New York, NY 10110
(212)-608-1900
Fax: (212)-719-4677
istoll@excite.com
Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP

Daniel John Toal
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3869
Fax: (212)-492-0869
dtoal@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Eric S. Goldstein
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: (212)-492-0204
egoldstein@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

3

Marguerite Sophia Dougherty
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3148
Fax: (212)-492-0148
mdougherty@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Mark Floyd Pomerantz
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
212.373.3010
Fax: 212.373.0010
mpomerantz@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Jason Harold Wilson
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3780
Fax: (212)-492-0780
jwilson@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Amelia T.R. Starr
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516
amelia.starr@dpw.com
Attorney for Defendant Amaranth LLC

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
Fax: (212) 488-1220
michael.kim@kobrekim.com
Attorney for Defendant Brian Hunter

4

Mark J. Stein
Simpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2310
Fax: (212) 455-2502
mstein@stblaw.com
Attorney for Defendant Matthew Donohoe

Steven M. Schwartz
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6604
Fax: (212) 294-4700
Sschwart@winston.com
Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS

Adam Hakki
Sherman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848 4924
Fax: 212 848 7179
ahakki@shearman.com
Attorneys for Defendant Amaranth International Limited

Dated: New York, New York
       December 21, 2007

_____
Andrew Levine