UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MASTER FILE NO. 07 Civ. 6377 (SAS)<br><br>**ECF Case**<br><br>JURY TRIAL DEMANDED |

### NOTICE OF CHANGE OF LAW FIRM NAME

PLEASE TAKE NOTICE that effective January 1, 2008, the law firm Lowey Dannenberg Bemporad Selinger & Cohen, P.C. changed its name to Lowey Dannenberg Cohen, P.C. The office address, telephone and facsimile numbers remain the same.

Please use this new firm name on all pleadings, correspondence and other documents.

Respectfully submitted this 3rd day of January, 2008.

/s/ Vincent Briganti
Vincent Briganti, Esq. (VB-1497)
LOWEY DANNENBERG COHEN, P.C.
White Plains Plaza
1 North Broadway, 5th Floor
White Plains, NY 10601-2310
Phone:  (914) 997-0500
Fax:     (914) 997-0035

*Attorneys for Plaintiffs*

2026 / NOT / 00085933.WPD v1