```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS         : MASTER FILE
COMMODITIES LITIGATION              : NO: 07 CV-6377

This Document Relates To:           [~~PROPOSED~~] ORDER FOR ADMISSION
                                    *PRO HAC VICE*
   ALL ACTIONS                      ON WRITTEN MOTION

Upon the motion of Richard S. Goldstein, attorney for defendant Nicholas M. Maounis in the above-captioned cases,

**IT IS HEREBY ORDERED** that

   Applicant's Name: Geoffrey R. Aronow

   Firm Name: Heller Ehrman LLP

   Address: 1717 Rhode Island Avenue, N.W.

   City/State/Zip: Washington, D.C., 20036-3023

   Telephone/Fax: 202-912-2119/202-912-2020

   Email Address: Geoffrey.Aronow@hellerehrman.com

is admitted to practice *pro hac vice* as counsel for defendant Nicholas M. Maounis in the above-captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court. The Clerk of the Court is directed to close the motion [Document No. 26].

Dated: Jan. 10, 2007
New York, New York

                                    _____
                                    United States District Judge
                                    Shira A. Scheindlin

FOR OFFICE USE ONLY  FEE PAID $ _____   SDNY RECEIPT# _____

NY 755744 v2
1/8/08 5:54 PM (44407.0001)