AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In re AMARANTH NATURAL GAS
COMMODITIES LITIGATION

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER:   07-cv-6377

TO: (Name and address of Defendant)

TFS ENERGY FUTURES, LLC
17 STATE ST
NEW YORK, NEW YORK, 10004

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within  **20 (twenty)**  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                         DEC 18 2007

CLERK                                                                     DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District District of New York

Index Number: 07 CIV 6377 (SAS)   Date Filed: _____

**Plaintiff:**
In Re: Amaranth Natural Gas Commodities Litigation
**This Document Relates To:**

**All Actions**

Received these papers to be served on Tfs Energy Futures, LLC, 680 Washington Blvd, 5th Floor, Stamford, CT 06901.

I, Gina Perriello, being duly sworn, depose and say that on the 12th day of February, 2008 at 2:17 pm, I:

served a **CORPORATION** by delivering a true copy of the **Summons and Complaint, ECF & Judg's Rules** upon Alan Kurzer as President for Tfs Energy Futures, LLC, at the address of 680 Washington Blvd, 5th Floor, Stamford, CT 06901, said individual stated that she/he was authorized to accept legal process.

**Description of Person Served:** Age: 40, Sex: M, Race/Skin Color: White, Height: 6'0", Weight: 175, Hair: Light Brown, Glasses: N

State of New York, County of Westchester, ss: I certify that the above information is accurate and true. I am not a party to the action, am over the age of 18 and reside in the State of New York.

Sworn to before me on the 14th day of February, 2008

_____
NOTARY PUBLIC

ELLEN EAKLEY
Notary Public, State of New York
No. 01EA5085889
Qualified in Westchester County
Commission Expires Sept. 29, _____

_____
Gina Perriello

Our Job Serial Number: 2008001407

Service Fee: _____

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2c