AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

In re AMARANTH NATURAL GAS
COMMODITIES LITIGATION

**SUMMONS IN A CIVIL ACTION**

V.

CASE NUMBER: 07-cv-6377

TO: (Name and address of Defendant)

GOTHAM ENERGY BROKERS, INC.
C/O BARRY MCAULEY
40 PARKWAY
HARRINGTON PARK, NJ 07640

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue, 58th Floor
New York, NY 10110

an answer to the complaint which is served on you with this summons, within ___20 (twenty)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

DEC 1 8 2007

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action   **RETURN OF SERVICE**

SERVICE OF: SUMMONS AND COMPLAINT, ECF, JUDGES RULE
EFFECTED (1) BY ME: JOHN OBIE
TITLE: PROCESS SERVER                                            DATE: 02/13/2008  03:13PM

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

GOTHAM ENERGY BROKERS INC. C/O BARRY MCAULEY

Place where served:

LIVINGSTON ST APPLEBEES PARKING LOT NORTHVALE NJ 07647

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

BARRY MCAULEY

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: M  AGE: 36-50  HEIGHT: 5'9"-6'0"  WEIGHT: 161-200 LBS.  SKIN: WHITE  HAIR: BROWN  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

ENTITY AGREED TO MEET IN NORTHVALE

**STATEMENT OF SERVER**

TRAVEL $ ____.___      SERVICES $ ____.___      TOTAL $ ____.___

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 02/13/20 08        _____ L.S.
                              SIGNATURE OF JOHN OBIE
                          GUARANTEED SUBPOENA SERVICE, INC.
                              2009 MORRIS AVENUE
                              UNION, NJ 07083

                                                                02/03/08
                                                        JACKELINE GONZALEZ
                                                        NOTARY PUBLIC OF NEW JERSEY
                                                        My Commission Expires Dec. 7, 2010

ATTORNEY: CHRISTOPHER LOVELL
PLAINTIFF: IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION
DEFENDANT: N/A
VENUE: SOUTHERN DIST. OF NY
DOCKET: 07 CV 6377

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.