AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

GREGORY H. SMITH, on behalf of himself and
all others similarly situated,

V.

AMARANTH ADVISORS L.L.C., AMARANTH LLC, AMARANTH MANAGEMENT
LP, AMARANTH INTERNATIONAL LTD., AMARANTH PARTNERS LLC,
AMARANTH CAPITAL PARTNERS LLC, AMARANTH GROUP INC.,
AMARANTH ADVISORS (CALGARY) ULC, BRIAN HUNTER, MATTHEW
DONOHOE, NICHOLAS M. MAOUNIS, ALX ENERGY, INC.,
JAMES DELUCIA, J.P. MORGAN FUTURES, INC., and
J.P. MORGAN CHASE & CO.,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-cv-7943

TO: (Name and address of Defendant)

Amaranth International Limited
c/o Dundee Leeds Management Services Ltd.
129 Front Street
Hamilton HM 12, Bermuda

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY 11747

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

SEP 1 0 2007

CLERK  /s/ Marcos Quintero          DATE

(By) DEPUTY CLERK

# AFFIDAVIT

**Court:** UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Re:** GREGORY H. SMITH, Plaintiff
v.
AMARANTH ADVISORS LLC, et al., Defendants

**Index No.:** 07 CV 7943

Bermuda            )
                   ) ss.
City of HAMILTON   )

I declare that I, WILLIAM NORMAN BUTTERWORTH, am a resident of Bermuda, over the age of twenty-one, not a party nor an attorney for any party in this action, and that within the boundaries of the country where service was effected, I was authorized to perform the following service:

Service upon **Amaranth International Limited** was accomplished by delivering the Summons in a Civil Case, Civil Cover Sheet with Schedule A, Related Case Affidavit, Class Action Complaint, Individual Rules and Procedures, Consent to Proceed, Critical Instructions to Attorneys: Third Amended Instructions, Guidelines for Electronic Case Filings, Procedures for Electronic Case Filing, Jury Trial Demanded, Plaintiff's Consolidated Class Action Complaint, personally and in person to Amaranth International Limited, by leaving with the following:

Name and Title: TIM MORRIS — FUND MANAGER

At the address of: DUNDEE LEEDS MANAGEMENT SERVICES LTD
129 FRONT STREET, HAMILTON, BERMUDA

On the 7th day of JANUARY, 2008 at 10:33 a.m./~~p.m.~~

Description of person served:

Race W   Hair color BLONDE   Height: 6'-3"   Weight 200   Gender M   Age —

Signature of Server _____

SUBSCRIBED AND SWORN to before me this 13th day of Febury, 2008.




Notary _____
Wendell Malcolm Hollis
Notary Public
Hamilton, Bermuda

My commission does not
expire under the laws of
the Islands of Bermuda.