UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To: All Actions

MASTER FILE
NO. 07-CV-6377 (SAS)



## STIPULATION AND [PROPOSED] ORDER

WHEREAS, the parties, through counsel, have conferred and agreed upon the filing by plaintiffs of a Corrected Consolidated Class Action Complaint and adjustment of the briefing schedule on any motion(s) to dismiss accordingly;

NOW, THEREFORE,

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties, through their counsel as follows:

1. Plaintiffs shall serve and file a Corrected Consolidated Class Action Complaint on or before February 14, 2008.

2. Defendants shall serve and file any motion(s) to dismiss on or before April 14, 2008.

3. Plaintiffs shall serve and file their papers in opposition to defendants' motion(s) to dismiss on or before May 30, 2008.

4. Defendants shall serve and file reply papers in further support of their motion(s) to dismiss on or before June 30, 2008.

{2026 / STIP / 00084282.DOC v1}

Dated: February 13, 2008

                    LOUIS F. BURKE, P.C.

                    By: *Louis Burke* (VB)
                    Louis F. Burke (LB 4686)
                    460 Park Avenue, 21ST Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (fax)

Christopher Lovell (CL 2595)
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
(212) 719-4677 (fax)

Vincent Briganti (VB 1497)
Geoffrey M. Horn (GH 4179)
LOWEY DANNENBERG COHEN & HART, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500
(914) 997-0032 (fax)

*Co-Lead Counsel for Plaintiffs*

Dated: February 14, 2008

                    HELLER EHRMAN LLP

                    By: *Geoffrey F Aronow*
                    Geoffrey F. Aronow
1717 Rhode Island Avenue NW
Washington, D.C. 20036-3023
(202) 912-2000
(202) 912-2020 (fax)

*Attorneys for Defendant Nicholas M. Maounis*

Dated: February 13, 2008

                         PAUL, WEISS, RIFKIND, WHARTON &
                         GARRISON, LLP

                         By: /s/ Daniel J. Toal
                             Eric S. Goldstein
                             Daniel J. Toal
                         1285 Avenue of the Americas
                         New York, NY 10019
                         (212) 373-3000
                         (212) 757-3990 (fax)

                         *Attorneys for Defendant J. P. Morgan Chase & Co.*
                         *and J.P. Morgan Futures, Inc.*

Dated: February 13, 2008

                         WINSTON & STRAWN LLP

                         By: /s/ Stephen Senderowitz
                             Stephen Senderowitz
                         200 Park Avenue
                         New York, NY 10166
                         (212) 294-6700
                         (212) 294-4700 (fax)

                         *Attorneys for Defendant Amaranth Advisors L.L.C.,*
                         *Amaranth Group, Inc., Amaranth Partners LLC,*
                         *Amaranth Capital Partners LLC, and Amaranth*
                         *Advisors (Calgary) ULC*

Dated: February 14, 2008

                         DAVIS POLK & WARDWELL

                         By: /s/ Amelia T.R. Starr
                             Amelia T.R. Starr
                         450 Lexington Avenue
                         New York, New York 10017
                         (212) 450-4516
                         (212) 450-3516 (fax)

                         *Attorneys for Defendant Amaranth L.L.C.*

Dated: February 13, 2008

                    SHEARMAN & STERLING LLP

                    By: _____
                        Adam Hakki
                    599 Lexington Avenue 10022
                    New York, New York
                    (212) 848-4000
                    (212) 848-7179 (fax)

                    *Attorneys for Defendant Amaranth International Limited*

Dated: February 14, 2008

                    KOBRE & KIM LLP

                    By: _____
                        Michael S. Kim
                    800 Third Avenue
                    New York, New York 10022
                    (212) 488-1200
                    (212) 488-1220 (fax)

                    *Attorneys for Defendant Brian Hunter*

Dated: February 13, 2008

                    SIMPSON THACHER & BARTLETT LLP

                    By: _____
                        Mark J. Stein
                    425 Lexington Avenue
                    New York, New York 10017
                    (212) 455-2310
                    (212) 455-2502

                    *Attorneys for Defendant Matthew Donohoe*

SO ORDERED this ___ day of February___, 2008.

                                          _____
                                          SHIRA A SCHEINDLIN, U.S.D.J.