# KOBRE & KIM LLP

800 THIRD AVENUE
NEW YORK, NEW YORK 10022
TEL 212.488.1200
FAX 212.488.1220

NEW YORK
WASHINGTON, DC

WWW.KOBREKIM.COM

1919 M STREET, NW
WASHINGTON, DC 20036
TEL 202.664.1900
FAX 202.664.1920

February 19, 2008

**BY HAND DELIVERY**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

 Re: In re Amaranth Natural Gas Commodities Litig.
  No. 07-CV-6377 (SAS)

Dear Judge Scheindlin:

 We represent Defendant Brian Hunter in the above-referenced matter. We write to clarify one item relating to the stipulation and proposed order concerning the filing and briefing schedule that was submitted by plaintiffs by letter on February 14, 2008.

 When consenting to the stipulation on Mr. Hunter's behalf, we communicated to plaintiffs that Mr. Hunter did so without prejudice to his ability to raise any objections to or defenses based upon service of process or the exercise of personal jurisdiction, which objections and defenses Mr. Hunter reserves and does not waive. In authorizing plaintiffs to execute the stipulation on our behalf, we had asked that language to this effect be included in the stipulation. We understand that our request for inclusion of this language in the stipulation was inadvertently overlooked.

*[Handwritten note: "The Clerk is directed to docket this letter. So Ordered. [signature] USDJ 2/20/08"]*

The Honorable Shira A. Scheindlin
February 19, 2008
Page 2

      In any event, we wish the record to be clear that Mr. Hunter's agreement to the stipulation is given without waiver to service of process and personal jurisdiction objections and defenses. We have conferred with plaintiffs and understand that their position is that the stipulation does not waive any defenses that Mr. Hunter has to personal jurisdiction.

      Sincerely,

      Leif T. Simonson
      212.488.1236

Due to the large number of recipients, copies are being sent by e-mail to:

Leslie Wybiral, Esq.
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, New York 10022
(212) 682-1700
(212) 808-4280 (fax)

*Co-Lead Counsel for Plaintiffs*

Christopher Lovell, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
Floor 58
New York, New York 10110
(212) 608-1900
(212) 719-4677 (fax)

*Co-Lead Counsel for Plaintiffs*

The Honorable Shira A. Scheindlin
February 19, 2008
Page 3


Vincent Briganti, Esq.
Geoffrey M. Horn
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, New York 10601-2310
(914) 997-0500
(914) 997-0035 (fax)

*Co-Lead Counsel for Plaintiffs*

Amelia T. R. Starr, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, New York 10017
(212) 450-4516
(212) 450-3516 (fax)

*Attorneys for Defendant Amaranth Advisors LLC*

Geoffrey F. Aronow, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue NW
Washington, D.C. 20036-3023
(202) 912-2110
(202) 912-2020 (fax)

*Attorneys for Defendant Nicholas Maounis*

Eric S. Goldstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3204
(212) 492-0204 (fax)

*Attorneys for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

The Honorable Shira A. Scheindlin
February 19, 2008
Page 4


Mark J. Stein, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2310
(212) 455-2502 (fax)

*Attorneys for Defendant Matthew Donohoe*

Steven M. Schwartz, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6761
(212) 294-4700 (fax)

*Attorneys for Defendants Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*

Adam Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022-6069
(212) 848-4924
(646) 848-4924 (fax)

*Attorneys for Defendant Amaranth International Limited*