# SHEARMAN & STERLING LLP

599 LEXINGTON AVENUE | NEW YORK | NY | 10022-6069

WWW.SHEARMAN.COM | T +1.212.848.4000 | F +1.212.848.7179

ahakki@shearman.com
(212) 848-4924

February 20, 2008

**By Hand Delivery**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



Re:   In re Amaranth Natural Gas Commodities Litig. No. 07-CV-6377 (SAS)

Dear Judge Scheindlin:

We represent defendant Amaranth International Limited ("AIL") in the above-referenced action and write concerning the scheduling stipulation and proposed order (the "Stipulation") filed with the Court on February 14, 2008. When we signed the stipulation, we stated that our signing was without prejudice to, or waiver of, our client's personal jurisdiction and service of process defenses. Plaintiffs' counsel did not object to that limitation. Because the stipulation does not recite the limitation, and because counsel for defendant Brian Hunter has submitted a letter to the Court reciting that it intends to preserve such defenses, we write to the Court merely to clarify that AIL also reserves all rights to challenge personal jurisdiction and service of process. We understand from Mr. Hunter's letter that plaintiffs have confirmed their position that the stipulation does not waive any defenses.

Respectfully,

Adam S. Hakki

*The Clerk is directed to docket this letter.*

*So ordered.*

*[signature]*

*2/20/08*

Due to the large number of recipients, copies are being sent by email to:

ABU DHABI | BEIJING | BRUSSELS | DÜSSELDORF | FRANKFURT | HONG KONG | LONDON | MANNHEIM | MENLO PARK
MUNICH | NEW YORK | PARIS | ROME | SAN FRANCISCO | SÃO PAULO | SINGAPORE | TOKYO | TORONTO | WASHINGTON, DC

SHEARMAN & STERLING LLP IS A LIMITED LIABILITY PARTNERSHIP ORGANIZED IN THE UNITED STATES UNDER THE LAWS OF THE STATE OF DELAWARE, WHICH LAWS LIMIT THE PERSONAL LIABILITY OF PARTNERS.

Judge Shira A. Scheindlin  February 20, 2008
Page 2


Leslie Wybiral, Esq.
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (fax)

*Co-lead counsel for plaintiffs*

Christopher Lovell, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue, Floor 58
New York, NY 10110
(212) 608-1900
(212) 719-4677 (fax)

*Co-lead counsel for plaintiffs*

Vincent Briganti, Esq.
Geoffrey M. Horn
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500
(914) 997-0035 (fax)

*Co-lead counsel for plaintiffs*

Amelia T. R. Starr, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
(212) 450-3516 (fax)

*Attorneys for defendant Amaranth Advisors LLC*

Geoffrey F. Aronow, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue NW

Judge Shira A. Scheindlin                                          February 20, 2008
Page 3

Washington, DC 20036-3023
(202) 912-2110
(202) 912-2020 (fax)

*Attorneys for defendant Nicholas Maounis*

Eric S. Goldstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3204
(212) 492-0204 (fax)

*Attorneys for defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Leif T. Simonson, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1236
(212) 488-1220 (fax)

*Attorneys for defendant Brian Hunter*

Mark J. Stein, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2310
(212) 455-2502 (fax)

*Attorneys for defendant Matthew Donohoe*

Steven M. Schwartz, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6761
(212) 294-4700 (fax)

Judge Shira A. Scheindlin　　　　　　　　　　　　　　　　　　　　　　February 20, 2008
Page 4

*Attorneys for defendants Amaranth Advisors LLC, Amaranth Group, Inc, Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*