UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:   All Cases | MASTER FILE<br>NO. 07-CV-6377 (SAS)<br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK   )
                                          )  ss.:
COUNTY OF NEW YORK   )

LESLIE WYBIRAL, having been duly sworn, deposes and says:

That I am not a party to this action, am over 18 years of age, and reside in Westchester County, New York. That on the 14th day of February, 2008, I caused a copy of Plaintiffs' Corrected Consolidated Class Action Complaint to be served upon:

Amaranth International Ltd.
c/o Tim Morris
Dundee Leeds Management Services Ltd.
129 Front St.
Hamilton, Bermuda

the address(es) designated by said individuals/entities for that purpose by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United Stated Postal Service within the State of New York.

Dated: New York, New York
           February 15, 2008

_____
LESLIE WYBIRAL

Sworn to before me this
15th day of February, 2008

_____
Notary Public

LOUIS F. BURKE
Notary Public, State of New York
No. 31-02BU4500612
Qualified in New York County
Commission Expires August 31, 2009