AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

In Re: Amaranth Natural Gas
Commodities Ligitation

**APPEARANCE**

Case Number:  07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

| 3/25/2008 | | Amelia T.R. Starr |
| Date | | Signature |
| | | Amelia T. R. Starr | AS 2286 |
| | | Print Name | Bar Number |
| | | 450 Lexington Avenue | |
| | | Address | |
| | | New York | NY | 10017 |
| | | City | State | Zip Code |
| | | (212) 450-4516 | (212) 450-3516 |
| | | Phone Number | Fax Number |