AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Southern   DISTRICT OF   New York

In Re: Amaranth Natural
Gas Commodities Litigation

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

March 24, 2008
Date

[Signature]
Signature

Dharma Betancourt Frederick   DF 1821
Print Name   Bar Number

450 Lexington Avenue
Address

New York   NY   10017
City   State   Zip Code

(212) 450-4116   (212) 450-3116
Phone Number   Fax Number