AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    New York

In Re: Amaranth Natural
Gas Commodities Ligitaion

**APPEARANCE**

Case Number: 07 CIV 6377

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Defendant Amaranth LLC

I certify that I am admitted to practice in this court.

March 24, 2008
Date

*[Signature]*
Signature

Sheldon L. Pollock III                    SP 8696
Print Name                                Bar Number

450 Lexington Avenue
Address

New York          NY          10017
City              State       Zip Code

(212) 450-4956              (212) 450-3956
Phone Number                Fax Number