UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 07 Civ. 6377 (SAS)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that the undersigned counsel appears on behalf of Defendant TFS Energy Futures, LLC, in the above-captioned proceeding.

Dated: New York, New York
       March 28, 2008

_____
Karl Geercken (KG-5987)
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Karl.Geercken@alston.com