UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master File No. 07 Civ. 6377 (SAS)<br><br>**NOTICE OF APPEARANCE** |

        PLEASE TAKE NOTICE that the undersigned counsel appears on behalf of Defendant TFS Energy Futures, LLC, in the above-captioned proceeding.

Dated: New York, New York
       March 28, 2008

                                                              _____
                                                              Alan Kanzer (AK-5839)
                                                              Alston & Bird LLP
                                                             90 Park Avenue
                                                            New York, NY 10016
                                                            (212) 210-9400
                                                            Alan.Kanzer@alston.com