UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODIITES LITIGATION | : | Electronically Filed |
| This Document Relates to: | : | Master File No.: 07 Civ. 6377 (SAS) |
| ALL ACTIONS | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE TAKE NOTICE that I, Steven M. Schwartz, hereby respectfully enter an appearance for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Partners LLC, Amaranth Capital Partners LLC, Amaranth Management Limited Partnership, and Amaranth Group Inc. in the above-captioned action, and demand that copies of all papers in this action be served upon me at the address stated below.

I certify that I am admitted to practice in this Court.

Dated: New York, New York
       March 26, 2008

**WINSTON & STRAWN LLP**

/s/ Steven M. Schwartz
Steven M. Schwartz
sschwartz@winston.com

200 Park Avenue
New York, New York 10166
(212) 294-6700

*Attorneys for Defendants*
*Amaranth Advisors L.L.C.,*
*Amaranth Advisors (Calgary) ULC, Amaranth*
*Partners LLC, Amaranth Capital Partners LLC,*
*Amaranth Management Limited Partnership, and*
*Amaranth Group Inc.*