UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Master File No. 07 CV 6377 (SAS)

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To:

Electronically Filed

ALL ACTIONS

**Notice of Appearance**

     **PLEASE TAKE NOTICE**, that the defendants, JAMES DELUCIA and ALX ENERGY, INC., hereby appear(s) in the above entitled action and that the undersigned has been retained as counsel for named defendants and demand(s) that all future papers be served upon the undersigned at the address stated below.

    I certify that I am admitted to practice in this Court.

DATED:    New York, New York
               April 10, 2008

_____
STEVEN R. GOLDBERG, ESQ. (SG-2825)
sgoldberg@mbfcc.com
Attorney for Defendants
James DeLucia and ALX Energy, Inc.
One North End Avenue
World Financial Center
Suite 1107
New York, New York 10282
T:   (212) 845-5100
Fax: (212) 845-5102