UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ :
                                     :
**IN RE: AMARANTH NATURAL GAS**      :
**COMMODIITES LITIGATION**           :        Electronically Filed
                                     :
**This Document Relates to:**        :        Master File No.: 07 Civ. 6377 (SAS)
                                     :
ALL ACTIONS                          :
                                     :
------------------------------------

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**
**OF DEFENDANT AMARANTH ADVISORS (CALGARY) ULC**

Defendant Amaranth Advisors (Calgary) ULC ("Amaranth Calgary") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a Nova Scotia unlimited liability corporation with its principal place of business in Calgary.  Amaranth Calgary is a wholly owned subsidiary of Amaranth Advisors (Luxembourg) S.a.r.l.  No publicly held corporation owns a 10% or greater interest in Amaranth Calgary.

Dated: New York, New York
       April 10, 2008

                                        Respectfully submitted,
                                        **WINSTON & STRAWN LLP**
                                        By: /s/ David E. Mollón
                                        David E. Mollón (DM-5624)
                                        Steven M. Schwartz (SS-4216)
                                        dmollon@winston.com
                                        sschwartz@winston.com

                                        200 Park Avenue
                                        New York, New York 10166
                                        (212) 294-6700

                                        Stephen J. Senderowitz
                                        Kristen V. Grisius
                                        Gretchen A. Vetter
                                        ssenderowitz@winston.com
                                        kgrisius@winston.com
                                        gvetter@winston.com

35 West Wacker Drive
Chicago, IL  60601
(312) 558-5600

*Attorneys for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Amaranth Partners LLC*