UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------
::
**IN RE: AMARANTH NATURAL GAS**
**COMMODIITES LITIGATION**   :   Electronically Filed

**This Document Relates to:**   :   Master File No.: 07 Civ. 6377 (SAS)

**ALL ACTIONS**   :

------------------------------------

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT
### OF DEFENDANT AMARANTH GROUP INC.

Defendant Amaranth Group Inc. ("AGI") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that is a Delaware Corporation that does not have a parent corporation. No publicly held corporation owns a 10 percent or greater interest in AGI.

Dated: New York, New York
April 10, 2008

Respectfully submitted,
**WINSTON & STRAWN LLP**
By: /s/ David E. Mollón
David E. Mollón (DM-5624)
Steven M. Schwartz (SS-4216)
dmollon@winston.com
sschwartz@winston.com

200 Park Avenue
New York, New York 10166
(212) 294-6700

Stephen J. Senderowitz
Kristen V. Grisius
Gretchen A. Vetter
ssenderowitz@winston.com
kgrisius@winston.com
gvetter@winston.com

35 West Wacker Drive

Chicago, IL 60601
(312) 558-5600

*Attorneys for Defendants Amaranth
Advisors L.L.C., Amaranth Advisors
(Calgary) ULC, Amaranth Capital Partners
LLC, Amaranth Group Inc., Amaranth
Management Limited Partnership, and
Amaranth Partners LLC*

CHI:2040909.1