# LOUIS F. BURKE P.C.
ATTORNEY AT LAW
**460 Park Avenue**
**21st Floor**
**New York, New York 10022**

Telephone: (212) 682-1700
Facsimile: (212) 808-4280
E-Mail: lburke@lfblaw.com

April 11, 2008

**BY HAND**

Hon. Shira A. Scheindlin
U.S. District Judge
U.S. District Court, Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007



Re: In re Amaranth Natural Gas Commodities Litig..
(S.D.N.Y. Docket No. 07-CV-6377 (SAS))

Dear Judge Scheindlin:

We write in response to the April 9, 2008 letter of David E. Mollón, Esq. on behalf of the Amaranth Defendants[1] requesting that the motion to dismiss briefing schedules be combined for all Defendants in this matter. The Amaranth Defendants do not base their request on the need for additional time to respond to Plaintiffs' Complaint.

Plaintiffs oppose the Amaranth Defendants' request because the Amaranth Defendants' proposed revised schedule would require Plaintiffs to respond to every Defendant's motion to dismiss in 27 days. The current stipulation provides Plaintiffs 46 days to respond to the Amaranth Defendants' and the JP Morgan Defendants'[2] motions.

Plaintiffs agreed to a slightly different briefing schedule with the Floor Broker Defendants[3] (see current schedule below) because the Floor Broker Defendants did not receive the Consolidated Amended Complaint, which was initially filed and served on all other Defendants in December 2007 and corrected in February 2008, until late February 2008.

---

[1] The Amaranth Defendants are Nicholas M. Maounis, Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, Amaranth Advisors (Calgary) ULC, Brian Hunter, Amaranth LLC, Amaranth International Ltd, and Matthew Donohoe.
[2] The JP Morgan Defendants are JP Morgan Futures Inc., JP Morgan Chase & Co. and JP Morgan Chase Bank, N.A. The JP Morgan Defendants are not seeking to modify the current briefing schedule.
[3] The Floor Broker Defendants are ALX Energy, Inc., James DeLucia and TFS Energy Futures, LLC.

**Louis F. Burke PC**

Hon. Shira A. Scheindlin
U.S. District Judge
April 11, 2008
Page 2

|  | Amaranth and JP Morgan Defendants | Floor Broker Defendants |
|---|---|---|
| Defendants file and serve Motions to Dismiss | April 14, 2008 | May 20, 2008 |
| Plaintiffs' Opposition | May 30, 2008 | June 16, 2008 |
| Defendants' Reply | June 30, 2008 | July 14, 2008 |

    Accordingly, Plaintiffs respectfully request that the Court maintain the current briefing schedules.

                                      Respectfully submitted,

                                      Leslie Wybiral

cc:    Attached service list by electronic mail.

*[Handwritten order:]* All defendants shall file motions to dismiss, if any, no later than April 28, 2008. Plaintiffs' response is due on June 2, 2008. Defendants' reply, if any, is due on June 30, 2008. Defendants' memoranda of law shall not exceed 30 pages. Plaintiffs' response memoranda shall not exceed 30 pages. Defendants' reply memoranda shall not exceed 15 pages. No further requests to amend the schedule or page limits will be entertained.

SO ORDERED.

Dated: New York, New York
April 11, 2008

*[Signed]* Shira A. Scheindlin
U.S.D.J.