UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To: ALL ACTIONS | Master File No. 07 Civ. 6377 (SAS) |

RULE 7.1 DISCLOSURE STATEMENT
OF DEFENDANT TFS ENERGY FUTURES, LLC

Defendant TFS Energy Futures, LLC ("TFS") submits this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1, and states that it is a Delaware Limited Liability Company.  TFS is owned by its parent, TFS Energy, LLC.  No publicly held corporation owns a 10 percent or greater interest in TFS.

Dated: April 11, 2008
       New York, New York

                              Respectfully submitted,
                              ALSTON & BIRD, LLP

                              By:  /s/ Craig Carpenito
                              Alan Kanzer (AK-5839)
                              Karl Geercken (KG-5987)
                              Craig Carpenito (CC-1686)
                              90 Park Avenue
                              New York, NY 10016
                              (212) 210-9400
                              (212) 210-9444 (fax)

                              *Attorneys for Defendant TFS Energy Futures, LLC*

LEGAL02/30773140v1