UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

**IN RE: AMARANTH NATURAL GAS**                    MASTER FILE NO.
                                                   97 Civ. 6377  (SAS)
**COMMODITIES LITIGATION**                         ECF Case


This Document Relates To:
ALL ACTIONS
------------------------------------------------------------------X

### RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT ALX ENERGY, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges

and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the

undersigned counsel for the Defendant, ALX Energy, Inc., a non-governmental corporate party,

certifies as follows:


ALX Energy, Inc. is a New York Corporation.  No publicly held corporation owns a 10

percent or greater interest in ALX Energy, Inc.


Dated :  April 18, 2008
            New York, New York


Respectfully submitted,


/s/ Steven R. Goldberg
Steven R. Goldberg, Esq. (SG2825)
Attorney for the Defendant, ALX Energy, Inc.
One North End Avenue
Suite 1107
New York, New York 10282
T:       212-845-5100
Fx:      212-845-5102