UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) ) ) ) ) ) ) ) MASTER FILE NO.<br>07 CIV. 6377 (SAS)<br><br>**ECF Case** |

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE, that, upon the accompanying Memorandum of Law, Defendant Amaranth LLC (the "Fund"), by its undersigned attorneys, will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, at a time and place to be determined by this Court, for an Order dismissing with prejudice the claims asserted against them in Plaintiffs' Corrected Consolidated Class Action Complaint pursuant to Rules 8(a), 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in the Fund's memorandum of law. The Fund certifies that it exchanged letters with Plaintiffs prior to bringing this motion pursuant to Rule III.B of the Individual Rules and Procedures of Judge Shira A. Scheindlin.

Defendants respectfully request oral argument on this motion.

Dated: New York, New York
April 28, 2008

Respectfully Submitted,

/s/  Amelia T.R. Starr
Amelia T.R. Starr
Sheldon L. Pollock
Dharma B. Frederick
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
Fax: (212) 450-3800

*Counsel for Amaranth LLC*

## CERTIFICATE OF SERVICE

I, Dharma Betancourt Frederick, an attorney admitted to practice in this District, hereby certify that on April 28, 2008, I caused a true copy of the foregoing Notice of Motion to Dismiss and the accompanying Memorandum of Law to be served on the individuals listed on the attached service list by the court's ECF system.

Dated:   New York, New York
        April 28, 2008

                                              /s/  Dharma Betancourt Frederick

## SERVICE LIST

*Counsel for Plaintiffs*

| | |
|---|---|
| Louis F. Burke<br>lburke@lfblaw.com<br>LOUIS F. BURKE, P.C.<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel: (212) 682-1700 | Christopher Lovell<br>lshllp@lshllp.com<br>Ian T. Stoll<br>LOVELL STEWART HALEBIAN, LLP<br>500 Fifth Avenue<br>New York, NY 10110<br>Tel: (212) 608-1900 |
| Vincent Briganti<br>vbriganti@lowey.com<br>Geoffrey Milbank Horn<br>LOWEY DANNENBURG COHEN &<br>HART, P.C.<br>White Plains Plaza, Suite 509<br>One North Broadway<br>White Plains, NY 10601<br>Tel: (914) 997-0500 | Samuel H. Rudman<br>srudman@csgrr.com<br>Robert M. Rothman<br>COUGHLIN, STOIA, GELLER,<br>RUDMAN & ROBBINS, LLP<br>58 South Service Rd., Suite 200<br>Melville, NY 11747<br>Tel: (631) 367-1173 |
| Bernard Persky<br>bpersky@labaton.com<br>Gregory S. Asciolla<br>LABATON SUCHAROW, LLP<br>140 Broadway<br>New York, NY 10005<br>Tel: (212) 907-0700 | Christopher Gray<br>gray@cjgraylaw.com<br>CHRISTOPHER J. GRAY PC<br>460 Park Avenue, 21st Floor<br>New York, NY 10022<br>Tel: (212) 838-3221 |

*Counsel for Defendants*

| | |
|---|---|
| Stephen Senderowitz<br>ssendero@winston.com<br>David E. Mollon<br>Steven M. Schwartz<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel: (212) 294-6700<br><br>*Counsel to Defendants Amaranth Advisors L.L.C., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners, and Amaranth Advisors (Calgary) ULC* | Adam Hakki<br>ahakki@shearman.com<br>Kirsten Nelson<br>SHEARMAN & STERLING LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Tel: (212) 848-4000<br><br>*Counsel to Defendant Amaranth International* |

Michael S. Kim
michael.kim@kobrekim.com
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022
Tel:  (212) 488-1200

*Counsel to  Defendant Brian Hunter*

Geoffrey F. Aronow
geoffrey.aronow@hellerehrman.com
Andrew Levine
Thomas S. Kimbrell
Richard S. Goldstein
HELLER EHRMAN LLP
1717 Rhode Island Avenue NW
Washington, D.C. 20036-3023
Tel:  (202) 912-2000

*Counsel to Defendant Nicholas M. Maounis*

Steven R. Goldberg
sgoldberg@mbfcc.com
One North End Avenue
World Financial Center
11th Floor, Suite 1107
New York, NY 10282-1101
Tel:  (212) 845-5100

*Counsel to Defendants James DeLucia and ALX Energy, Inc.*

Mark J. Stein
mstein@stblaw.com
Heather Shaffer
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel:  (212) 455-2000

*Counsel to Defendant Matthew Donohoe*

Daniel J. Toal
dtoal@paulweiss.com
Eric S. Goldstein
Jason H. Wilson
Marguerite S. Dougherty
Mark Floyd Pomerantz
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Tel:  (212) 373-3000

*Counsel to Defendants J.P. Morgan Chase & Co.  and J.P. Morgan Futures, Inc.*

Alan Kanzer
akanzer@Alston.com
Craig Carpenito
Karl Geercken
ALSTON & BIRD LLP
90 Park Avenue
New York, NY 10016
Tel: (212) 210-9400

*Counsel to Defendant TFS Energy Futures LLC*