UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
                                                    :
IN RE: AMARANTH NATURAL GAS             :   Master File No.
COMMODITIES LITIGATION                       :   07 Civ. 6377 (SAS)
                                                    :
----------------------------------------------------------------- :   ECF Case
                                                    :
This Document Relates To:                       :   **Oral Argument Requested**
                                                    :
              ALL ACTIONS                         :
                                                    :
----------------------------------------------------------------- x

## NOTICE OF MOTION TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANT BRIAN HUNTER

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the memoranda of law filed by other defendants, and the pleadings herein, Defendant Brian Hunter, by and through his undersigned counsel, Kobre & Kim LLP, will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an order dismissing this action with prejudice for lack of personal jurisdiction pursuant to Rule 12(b)(2), or, in the alternative, for failure to state a claim pursuant to Rule 12(b)(6) and for failure to meet the pleading requirements of Rule 9(b).

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set in the Court's Order of April 11, 2008, papers in opposition to this motion shall be served on or before June 2, 2008, and Defendants' reply papers shall be served on or before June 30, 2008.

Dated: New York, New York
April 28, 2008

                                          KOBRE & KIM LLP

                                          /s/ Michael S. Kim
                                        Michael S. Kim (MK-0308)
                                        Leif T. Simonson (LS-5915)

                                          800 Third Avenue
                                        New York, New York 10022
                                        Tel: 212.488.1200
                                        Fax: 212.488.1220

                                        *Attorneys for Brian Hunter*