UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                              :

IN RE: AMARANTH NATURAL GAS      :
COMMODITIES LITIGATION              :
                              :      Master File No. 07 Civ. 6377 (SAS)
                              :

This Document Relates to:          :
                              :          **RULE 7.1 STATEMENT**

ALL ACTIONS                   :
                              :
                              :
-----------------------------------------------------------X



       Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and

Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel for Amaranth International Limited ("AIL") certifies that AIL is a Bermuda limited

liability company.  AIL has no corporate parents, and no publicly held corporation owns 10% or

more of AIL.


Dated:    New York, New York
         April 28, 2008



                              SHEARMAN & STERLING LLP

                              By:     /s/ Adam S. Hakki
                                       Herbert S. Washer (HW 2375)
                                       Adam S. Hakki (AH 3561)
                                       Kirsten Nelson Cunha (KC 0283)

                                       599 Lexington Avenue
                                       New York, New York  10022
                                       Tel:  (212) 848-4000
                                       Fax:  (212) 848-7179

                                       *Attorneys for Amaranth International*
                                       *Limited*