UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

IN RE: AMARANTH NATURAL GAS : 
COMMODITIES LITIGATION : **Electronically Filed**

This Document Relates to: : Master File No.: 07 Civ. 6377 (SAS)

ALL ACTIONS :

------------------------------------------------

### DECLARATION OF DAVID E. MOLLÓN

I, DAVID E. MOLLÓN declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of Winston & Strawn LLP, counsel of record for Defendants Amaranth Advisors L.L.C. and Amaranth Advisors (Calgary) ULC (together, "Amaranth Advisors" or "Defendants") in this action. I submit this Declaration in support of Defendants' Memorandum of Law in Support of Its Motion to Dismiss the Corrected Consolidated Class Action Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of *In re Richardson Sec., Inc.*, Comm. Fut. L. Rep. (CCH) 21,145 (CFTC Jan. 27, 1981).

3. Attached hereto as Exhibit B is a true and correct copy of AALLC_REG0684055 through AALLC_REG0684056, an instant message between Brian Hunter and Matthew Donohoe dated February 23, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of AALLC_REG0684186 through AALLC_REG0684187, an instant message between Brian Hunter and Matthew Donohoe dated February 24, 2006.

1

5.   Attached hereto as Exhibit D is a true and correct copy of through AALLC_REG0704931 through AALLC_REG0704932, an instant message between Brian Hunter and Matthew Donohoe dated February 24, 2006.

6.   I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
April 28, 2008



/s/ David E. Mollón
DAVID E. MOLLÓN

2