UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION : | Electronically Filed |
| This Document Relates to: : | Master File No.: 07 Civ. 6377 (SAS) |
| ALL ACTIONS : | |

------------------------------------

## DECLARATION OF DAVID E. MOLLÓN

I, DAVID E. MOLLÓN declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of Winston & Strawn LLP, counsel of record for Defendants Amaranth Capital Partners, LLC, Amaranth Group, Inc., Amaranth Management Limited Partnership, and Amaranth Partners LLC ("Other Amaranth Entities" or "Defendants") in this action. I submit this Declaration in support of Defendants' Memorandum of Law in Support of Its Motion to Dismiss the Corrected Consolidated Class Action Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of *In re Richardson Sec., Inc.*, Comm. Fut. L. Rep. (CCH) 21,145 (CFTC Jan. 27, 1981).

3. I hereby declare under penalty of perjury the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
April 28, 2008

                                              /s/ David E. Mollón
                                              DAVID E. MOLLÓN