## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
:
IN RE: AMARANTH NATURAL GAS : 
COMMODITIES LITIGATION : ECF Case
:
This Document Relates to: : Case No.: 07 Civ. 6377 (SAS)
:
ALL ACTIONS :
:
---------------------------------------------------------------x

### NOTICE OF MOTION OF DEFENDANT MATTHEW DONOHOE TO DISMISS PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the annexed affidavit of Brijesh P. Dave, sworn to on April 28, 2008, and the exhibits provided therewith, and the accompanying memorandum of law, the undersigned will move this Court before the Honorable Shira A. Scheindlin in Courtroom 15C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for an order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Plaintiffs' Corrected Consolidated Class Action Complaint with prejudice.

Defendant Matthew Donohoe respectfully requests that this Court grant oral argument on his motion to dismiss.

Dated: New York, New York
     April 28, 2008          SIMPSON THACHER & BARTLETT LLP

                                       By  /s/ Mark J. Stein_____
                                            Mark J. Stein
                                            Joshua A. Levine
                                            Brijesh P. Dave
                                            425 Lexington Avenue
                                            New York, NY 10017-3954
                                            Telephone:  (212) 455-2000

                                            *Attorneys for Matthew Donohoe*