| | |
|---|---|
| From: | windowsadmin@amaranthllc.com |
| Sent: | Friday, February 24, 2006 12:10 PM |
| To: | amaranth.dom@amaranth.digitalsafe.net |
| Subject: | SUBJECT: CONVERSATION PARTICIPANTS = MCALHOUN@AMARANTHLLC.COM; BHUNTER@AMARANTHLLC.COM |

IM Network: AOL IM

IM Users:

participant=mcalhoun@amaranthllc.com "callifrnication"
participant=bhunter@amaranthllc.com "hunteramaranth"

IM Dialog:

Friday, February 24, 2006 12:10:16 PM EST Matthew Calhoun started conversation.
Friday, February 24, 2006 12:10:16 PM EST Brian Hunter has entered the conversation.
Friday, February 24, 2006 12:10:16 PM EST Matthew Calhoun: very much so Friday, February 24, 2006 12:10:16 PM EST Matthew Calhoun: very much so Friday, February 24, 2006 12:14:43 PM EST Brian Hunter: jv/xh seems very big Friday, February 24, 2006 12:14:43 PM EST Brian Hunter: jv/xh seems very big Friday, February 24, 2006 12:14:45 PM EST Brian Hunter: jv7 is strong Friday, February 24, 2006 12:14:45 PM EST Brian Hunter: jv7 is strong Friday, February 24, 2006 12:15:10 PM EST Matthew Calhoun: yeah, not many sellers out there Friday, February 24, 2006 12:15:10 PM EST Matthew Calhoun: yeah, not many sellers out there Friday, February 24, 2006 12:15:41 PM EST Brian Hunter: that's pushing up the summer winter Friday, February 24, 2006 12:15:41 PM EST Brian Hunter: that's pushing up the summer winter Friday, February 24, 2006 12:15:47 PM EST Brian Hunter: and 7/10 Friday, February 24, 2006 12:15:47 PM EST Brian Hunter: and 7/10 Friday, February 24, 2006 12:15:52 PM EST Brian Hunter: hello...
Friday, February 24, 2006 12:15:52 PM EST Brian Hunter: hello...
Friday, February 24, 2006 12:15:57 PM EST Brian Hunter: sweet Friday, February 24, 2006 12:15:57 PM EST Brian Hunter: sweet Friday, February 24, 2006 12:15:59 PM EST Matthew Calhoun: lol Friday, February 24, 2006 12:16:00 PM EST Matthew Calhoun: lol Friday, February 24, 2006 12:16:06 PM EST Matthew Calhoun: pain everywhere Friday, February 24, 2006 12:16:06 PM EST Matthew Calhoun: pain everywhere Friday, February 24, 2006 12:16:28 PM EST Brian Hunter: just need H to get smashed on settle Friday, February 24, 2006 12:16:28 PM EST Brian Hunter: just need H to get smashed on settle Friday, February 24, 2006 12:16:31 PM EST Brian Hunter: then day is done Friday, February 24, 2006 12:16:31 PM EST Brian Hunter: then day is done Friday, February 24, 2006 12:16:43 PM EST Matthew Calhoun: OI is huge for Friday, February 24, 2006 12:16:43 PM EST Matthew Calhoun: OI is huge for Friday, February 24, 2006 12:16:45 PM EST Matthew Calhoun: 1d Friday, February 24, 2006 12:16:45 PM EST Matthew Calhoun: 1d Friday, February 24, 2006 12:16:48 PM EST Matthew Calhoun: 33k Friday, February 24, 2006 12:16:48 PM EST Matthew Calhoun: 33k Friday, February 24, 2006 12:17:48 PM EST Matthew Calhoun: you think cl holds these gains? Friday, February 24, 2006 12:17:48 PM EST Matthew Calhoun: you think cl holds these gains? Friday, February 24, 2006 12:25:54 PM EST Brian Hunter: yeah Friday, February 24, 2006 12:25:54 PM EST Brian Hunter: yeah Friday, February 24, 2006 12:25:59 PM EST Brian Hunter: premium stays big Friday, February 24, 2006 12:25:59 PM EST Brian Hunter: premium stays big Friday, February 24, 2006 12:27:06 PM EST Matthew Calhoun: great day for that spread so far Friday, February 24, 2006 12:27:06 PM EST Matthew Calhoun: great day for that spread so far Friday, February 24, 2006 12:29:32 PM EST Brian Hunter: eayh Friday, February 24, 2006 12:29:32 PM EST Brian Hunter: eayh Friday, February 24, 2006 12:29:39 PM EST Brian Hunter: unwinding jv/xh here is good for us...
Friday, February 24, 2006 12:29:39 PM EST Brian Hunter: unwinding jv/xh here is good for us...
Friday, February 24, 2006 12:31:20 PM EST Matthew Calhoun: definitely Friday, February 24, 2006 12:31:20 PM EST Matthew Calhoun: definitely Friday, February 24, 2006 12:33:23 PM EST Matthew Calhoun: u still have jv7 to sell to me?
Friday, February 24, 2006 12:33:23 PM EST Matthew Calhoun: u still have jv7 to sell to me?

1

CONFIDENTIAL TREATMENT REQUESTED

AALLC_REG0684186