**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION**

This Document Relates To:

ALL ACTIONS

Master File No. 07 Civ. 6377 (SAS)

**ECF Case**

---

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE, that, upon the accompanying Memorandum of Law, Defendant TFS Energy Futures, LLC ("TFS"), by its undersigned attorneys, will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the United States courthouse, 500 Pearl Street, New York, New York at a time and place to be determined by this court, for an Order dismissing with prejudice the claims asserted against them in Plaintiffs' Corrected Consolidated class Action Complaint pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure. The grounds for this motion are set forth in TFS's memorandum of law. TFS certifies that it exchanged letters with Plaintiffs prior to bringing this motion pursuant to Rule III.B of the Individual Rules and Procedures of Judge Shira A. Scheindlin.

TFS respectfully requests oral argument on this motion.


Dated: April 28, 2008
        New York, New York

                          Respectfully submitted,
                          ALSTON & BIRD, LLP


                          By:  /s/ Craig Carpenito
                          Alan Kanzer (AK-5839)
                          Karl Geercken (KG-5987)
                          Craig Carpenito (CC-1686)
                          90 Park Avenue
                          New York, NY 10016
                          (212) 210-9400
                          (212) 210-9444 (fax)

                          *Attorneys for Defendant TFS Energy Futures, LLC*