UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MASTER FILE NO. 07 Civ. 6377 (SAS) [rel. 07 Civ. 7592 (SAS), 07 Civ. 7181 (SAS), 07 Civ. 7943 (SAS)]<br><br>NOTICE OF APPEARANCE |

        Please take notice that the undersigned, of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for Defendants JPMorgan Chase Bank, N.A. and J.P. Morgan Futures Inc., supplementing the previous notice of appearance on behalf of defendant JPMorgan Chase & Co., entered on August 22, 2007.

Dated:   New York, New York
           April 28, 2008

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By:      /s/ Marguerite S. Dougherty
               Marguerite S. Dougherty
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212) 373-3000
        (212) 757-3990
        mdougherty@paulweiss.com

        *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Futures, Inc.*

To:  Attached Service List

Service List

LOVELL STEWART HALEBIAN LLP
Christopher Lovell
Gary S. Jacobson
Ian Trevor Stoll
500 Fifth Avenue
New York, NY  10110
(212) 608-1900
Fax: (212) 719-4677

LOUIS F. BURKE PC
Louis Fox Burke
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280

LOWEY DANNENBERG COHEN & HART, P.C.
Vincent Briganti
Geoffrey M. Horn
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
*Co-Lead Counsel for Plaintiffs*

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C
Christopher J. Gray
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221
Fax:  (212) 719-4677

COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP(LIS)
Samuel Howard Rudman
Robert Rothman
Fainna Kagan
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173

LABATON SUCHAROW, LLP
Bernard Persky
Gregory S. Asciolla
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068
*Additional Counsel for Plaintiffs*

DAVIS POLK & WARDWELL
Amelia Temple Redwood Starr
Dharma Betancourt Frederick
Sheldon Leo Pollock, III
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516
*Counsel for Defendant Amaranth L.L.C.*

WINSTON & STRAWN LLP
Steven M. Schwartz
David Emilio Mollon
200 Park Avenue
New York, New York 10166-4193
(212) 294-6604
Fax: (212) 294-4700
*Counsel for Defendants Amaranth Advisors LLC, Amaranth Management L.P., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS*

SHERMAN & STERLING LLP
Adam Hakki
599 Lexington Avenue
New York, New York 10022
(212) 848-4924
Fax: (212) 848-7179
*Counsel for Defendant Amaranth International Limited*

ALSTON & BIRD, LLP
Craig Carpenito
Karl Geercken
Alan Mark Kanzer
90 Park Avenue
New York, NY 10016
(212) 210-9582
Fax: (212) 210-3882
*Counsel for Defendant TFS Energy Futures, LLC*

KOBRE & KIM LLP
Michael S. Kim
800 Third Avenue
New York, NY 10022
(212) 448-1200
Fax: (212) 488-1220
*Counsel for Defendant Brian Hunter*

HELLER EHRMAN, LLP
Richard Scott Goldstein
Andrew Levine
Geoffrey Aronow
Thomas Samuel Kimbrell
Times Square Tower
7 Times Square
New York, NY 10036-6524
(212) 832-8704
Fax: (212) 763-7600
*Counsel for Defendant Nicholas M. Maounis*

SIMPSON THATCHER & BARTLETT LLP
Mark J. Stein
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2310
Fax: (212) 455-2502
*Counsel for Defendant Matthew Donohoe*

STEVEN R. GOLDBERG, ATTORNEY-AT-LAW
Steven R. Goldberg
One North End Avenue, Suite 1107
New York, NY 10282
(212) 845-5100
Fax: (212) 845-5102
*Counsel for ALX Energy, Inc., James DeLucia*

Gotham Energy Brokers Inc.
World Financial Center
One North End Avenue
New York, NY 10282-1101
(212) 590-1251