UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

This Document Relates To:

ALL ACTIONS

Electronically Filed

MASTER FILE NO. 07 Civ. 6377 (SAS)
[rel. 07 Civ. 7592 (SAS), 07 Civ. 7181
(SAS), 07 Civ. 7943 (SAS)]

## RULE 7.1 CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS JPMORGAN CHASE BANK N.A. AND J.P. MORGAN FUTURES INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable district judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for:

1.    JPMorgan Chase Bank, N.A. certifies that defendant JPMorgan Chase Bank, N.A. is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation; and

2.    J.P. Morgan Futures Inc. certifies that defendant J.P. Morgan Futures Inc. is wholly owned by its parent corporation, JPMorgan Chase & Co., a publicly held corporation.

Dated: New York, New York
       April 28, 2008

PAUL WEISS, RIFKIND, WHARTON
& GARRISON LLP

By:_____/s/ Mark F. Pomerantz_____

Mark F. Pomerantz
Eric S. Goldstein
Daniel J. Toal

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
212-373-3000
mpomerantz@paulweiss.com
egoldstein@paulweiss.com
dtoal@paulweiss.com

*Attorneys for Defendants JPMorgan Chase
& Co., JPMorgan Chase Bank, N.A. and
J.P. Morgan Futures Inc.*