AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Trevor J. Hill, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 28, 2008, I served true copies of the foregoing;

- NOTICES OF APPEARANCE;

- RULE 7.1 CORPORATE DISCLOSURE STATEMENTS OF DEFENDANTS JP MORGAN CHASE BANK N.A. AND J.P. MORGAN FUTURES INC.;

- NOTICE OF THE JP MORGAN DEFENDANTS' MOTION TO DISMISS;

- MEMORANDUM OF LAW IN SUPPORT OF THE JP MORGAN DEFENDANTS' MOTION TO DISMISS;

- DECLARATION OF MARGUERITE S. DOUGHERTY IN SUPPORT OF THE JP MORGAN DEFENDANTS' MOTION TO DISMISS on the following:

Michael S. Kim, Esq.
KOBRE & KIM LLP
800 Third Avenue
New York, NY 10022

Mark J. Stein, Esq.
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Adam Hakki, Esq.<br>
SHEARMAN & STERLING LLP<br>
599 Lexington Avenue<br>
New York, NY 10022<br>
<br>
Gotham Energy Brokers Inc.<br>
World Financial Center<br>
One North End Avenue<br>
New York, NY 10282

3. I made such service by personally enclosing a true copy of the aforementioned documents in a properly addressed prepaid wrappers and depositing them into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Trevor J. Hill

Sworn to before me this
28th day of April, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008