UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
:
**IN RE: AMARANTH NATURAL GAS** :
**COMMODITIES LITIGATION** : **ECF Case**
:
This Document Relates to: : **Case No.: 07 Civ. 6377 (SAS)**
:
ALL ACTIONS :
:
:
------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

## CERTIFICATE OF SERVICE

I, Brijesh P. Dave, hereby certify that on April 28, 2008, I served a copy of Matthew Donohoe's Notice of Motion to Dismiss Plaintiffs' Corrected Consolidated Class Action Complaint, Amended Memorandum of Law in Support of Motion to Dismiss the Corrected Consolidated Class Action Complaint, and Affidavit of Brijesh P. Dave and Exhibits in Support of Motion and Memorandum in *In re Amaranth Natural Gas Commodities Litig.*, No. 07-CV-6377 (SAS), pursuant to the Court's Revised Pretrial Order No. 1, dated September 19, 2007, on the parties listed below by electronic mail:

Dated at New York, New York, this 28th day of April, 2008.

/s/ Brijesh P. Dave
Brijesh P. Dave
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017
Tel: (212) 455-2000
Fax: (212) 455-2502

Christopher J. Gray
Law Office of Christopher J. Gray, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 838-3221
Fax: (212) 508-3695
gray@cjgraylaw.com
Attorney for Plaintiff Roberto E. Calle Gracey

Louis Fox Burke
Louis F. Burke P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280
lburke@lfblaw.com
Attorney for Plaintiff Roberto E. Calle Gracey

Bernard Persky
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068
bpersky@labaton.com
Attorney for Consolidated Plaintiff John F. Special

Geoffrey Milbank Horn
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com
Attorney for Consolidated Plaintiff John F. Special

Gregory Scott Asciolla
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0827
Fax: (212) 818-0477
gasciolla@labaton.com
Attorney for Consolidated Plaintiff John F. Special

Vincent Briganti
Lowey Dannenberg Cohen & Hart, P.C.,
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com
Attorney for Consolidated Plaintiff John F. Special

Robert M. Rothman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
rrothman@csgrr.com
Attorney for Consolidated Plaintiff Gregory H. Smith

Samuel Howard Rudman
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com
Attorney for Consolidated Plaintiff Gregory H. Smith

Christopher Lovell
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com
Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP

Ian Trever Stoll
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
itstoll@lshllp.com
Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP

Daniel John Toal
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3869
Fax: (212) 492-0869
dtoal@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Eric S. Goldstein
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: (212) 492-0204
egoldstein@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Marguerite Sophia Dougherty
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3148
Fax: (212) 492-0148
mdougherty@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Mark Floyd Pomerantz
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3010
Fax: (212) 373-0010
mpomerantz@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Jason Harold Wilson
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3780
Fax: (212) 492-0780
jwilson@paulweiss.com
Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.

Amelia T.R. Starr
Davis Polk & Wardell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516
amelia.starr@dpw.com
Attorney for Defendant Amaranth LLC

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
Fax: (212) 488-1220
michael.kim@kobrekim.com
Attorney for Defendant Brian Hunter

Steven M. Schwartz
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6604
Fax: (212) 294-4700
Sschwartz@winston.com
Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC

David Mollon
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-4748
Fax: (212) 294-4700
dmollon@winston.com
Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC

Adam Hakki
Sherman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
Fax: (212) 848-7179
ahakki@sherman.com
Attorneys for Defendant Amaranth International Limited

Geoffrey Aronow
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2000
Fax: (202) 912-2020
geoffrey.aronow@hellerehrman.com
Attorneys for Defendant Nick Maounis

5

Thomas Samuel Kimbrell
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2604
Fax: (202) 912-2020
tom.kimbrell@hellerehrman.com
Attorneys for Defendant Nick Maounis

Richard Scott Goldstein
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 832-8704
Fax: (212) 832-7600
rgoldstein@hellerehrman.com
Attorneys for Defendant Nick Maounis

Andrew Levine
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 832-8667
Fax: (212) 832-7600
andrew.levine@hellerehrman.com
Attorneys for Defendant Nick Maounis