UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| **IN RE: AMARANTH NATURAL GAS** | **MASTER FILE**<br>NO. 07 Civ. 6377 (SAS) |
| **COMMODITIES LITIGATION** | **ECF CASE** |
| | **CERTIFICATE OF SERVICE** |

This Document Relates To: ALL ACTIONS
------------------------------------------------------------------X

     I, Steven R. Goldberg, an attorney admitted to practice in the Southern District of New York, hereby certify that on April 28, 2008, I caused a true copy of ALX Energy, Inc.'s and James DeLucia's Notice of Motion to Dismiss the Corrected Consolidated Class Action Complaint and the accompanying Memorandum of Law to be served on the individuals listed on the attached service list to the court's ECF system.

Dated:  New York, New York
        April 28, 2008

                                              /s/Steven R. Goldberg
                                              Steven R. Goldberg, Esq.
                                              One North End Avenue
                                              Suite 1107
                                              New York, New York 10282
                                              Tel:    212-845-5100
                                              Fax:   212-845-5102
                                              E-mail: sgoldberg@mbfcc.com

**Co-lead counsel for plaintiffs**

Christopher Lovell
Lovell Stewart Halebian, LLP
500 Fifth Avenue
New York, New York 10010
E-mail: lshllp@lshllp.com

Louis F. Burke
**LOUIS F. BURKE, P.C.**
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (Fax)
E-mail: lburke@lfblaw.com

Vincent Briganti
**LOWEY DANNENBERG BEMPORAD SELINGER & COHEN, P.C.**
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500
(914) 997-0032 (Fax)
E-mail: vbriganti@lowey.com

Christopher Gray
**CHRISTOPHER GRAY, P.C.**
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 838-3221
(212) 508-3695 (Fax)
E-mail: gray@cjgraylaw.com

**Additional counsel for plaintiffs**

Samuel Rudaman
**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
58 South Service Rd., Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (Fax)
E-mail: srudman@csgrr.com

Bernad Persky
**LABATON SUCHAROW, LLP**
140 Broadway
New York, NY 10005
(212) 907-0868
(212) 883-7068 (Fax)
E-mail: bpersky@labaton.com

---

Richard Scott Goldstein
**HELLER EHRMAN LLP**
Times Square Tower
7 Times Square
New York, New york 10036-6524
(212) 832-8704
(212) 763-7600
E-mail: rgoldstein@hewm.com
**Attorneys for Defendant Nicholas M. Maounis**

Daniel J. Toal
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
1285 Avenue of the Americas
 New York, NY 10019
(212) 373-3000
(212) 757-3990 (Fax)
E-mail: dtoal@paulweiss.com
**Attorneys for Defendant J. P. Morgan Chase & Co. and J. P. Morgan Futures Inc.**

Steven M. Schwartz
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
(212) 294-4700 (Fax)
E-mail: Sschwartz@winston.com
**Attorneys for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC**

Amelia T. R. Starr
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
(212) 450-3516 (Fax)
E-mail: amelia.starr@dpw.com
**Attorneys for Defendant Amaranth Advisors, L.L.C.**

Adam Hakki
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
(212) 848-7179 (Fax)
E-mail: ahakki@shearman.com
**Attorneys for Defendant Amaranth International Limited**

Michael S. Kim
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1200
(212) 488-1220 (Fax)
E-mail: michael.kim@kobrekim.com
**Attorneys for Defendant Brian Hunter**

Mark J. Stein
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2310
(212) 455-2502 (Fax)
E-mail: mstein@stblaw.com
**Attorneys for Defendant Matthew Donohoe**

Craig Carpenito
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9400
(212) 210-9444 (Fax)
E-mail: craig.carpenito@alston.com
**Attorneys for Defendant TFS Energy Futures, LLC**
**Distribution list (by e-mail)**