UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

| | |
|---|---|
| **IN RE: AMARANTH NATURAL GAS** | **MASTER FILE**<br>NO. 07 Civ. 6377 (SAS) |
| **COMMODITIES LITIGATION** | <u>**ECF CASE**</u> |
| | <u>**NOTICE OF MOTION**</u> |
| | ORAL ARGUMENT REQUESTED |
| This Document Relates To: ALL ACTIONS | |

-------------------------------------------------------------------X

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in support, Defendants James DeLucia and ALX Energy, Inc. (the ALX Defendants), by the undersigned, will move before the Honorable Shira A. Scheindlin, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an Order to dismiss the complaint, with prejudice, pursuant to Rule 8, Rule 9(b) and Rule 12 (b)(6) of the Federal Rules of Civil Procedure.  The ALX Defendants state that pursuant to the Court's rules, it exchanged letters with plaintiffs prior to bringing this motion

Dated :   April 28, 2008        Respectfully submitted,

                             <u>/s/ Steven R. Goldberg</u>

                             Steven R. Goldberg, Esq. (SG2825)
                             Attorney for the Defendant, ALX Energy, Inc.
                             One North End Avenue
                             Suite 1107
                             New York, New York 10282
                             Tele:   212-845-5100
                             Fax:    212-845-5102

To: See attached distribution list

## CERTIFICATE OF SERVICE

I, Steven R. Goldberg, an attorney admitted to practice in the Southern District of New York, hereby certify that on April 28, 2008, I caused a true copy of the foregoing Notice of Motion to Dismiss and the accompanying Memorandum of Law to be served on the individuals listed on the attached service list by the court's ECF system.

Dated: New York, New York
April 28, 2008

/s/Steven R. Goldberg

**Distribution list (by e-mail)**

Louis F. Burke
**Louis F. Burke, P.C.**
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
(212) 808-4280 (Fax)
E-mail: lburke@lfblaw.com

Vincent Briganti
**Lowey Dannenberg Bemporad Selinger & Cohen, P.C.**
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
(914) 997-0500
(914) 997-0032 (Fax)
E-mail: vbriganti@lowey.com

Christopher Gray
CHRISTOPHER GRAY, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 838-3221
(212) 508-3695 (Fax)
E-mail: gray@cjgraylaw.com

Samuel Rudman
**COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP**
58 South Service Rd., Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 (Fax)
E-mail: srudman@csgrr.com

Bernad Persky
**LABATON SUCHAROW, LLP**
140 Broadway
New York, NY 10005
(212) 907-0868
(212) 883-7068 (Fax)
E-mail: bpersky@labaton.com

Christopher Lovell
**LOVELL STEWART HALEBIAN, LLP**
500 Fifth Avenue
New York, NY 10110
212- 608-1900
E-mail: lshllp@lshllp.com

Andrew Levine
**HELLER EHRMAN LLP**
Times Square Tower
7 Times Square
New York, New york 10036-6524
(212) 832-8704
(212) 763-7600
E-mail: andrew.levine@hellerehrman.com

**Attorneys for Defendants**

Daniel J. Toal
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**
1285 Avenue of the Americas
 New York, NY 10019
(212) 373-3000
(212) 757-3990 (Fax)
E-mail: dtoal@paulweiss.com

Steven M. Schwartz
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
(212) 294-4700 (Fax)
E-mail: Sschwartz@winston.com

Amelia T. R. Starr
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
(212) 450-3516 (Fax)
E-mail: amelia.starr@dpw.com

Adam Hakki
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
(212) 848-7179 (Fax)
E-mail: ahakki@shearman.com

Michael S. Kim
**KOBRE & KIM LLP**
800 Third Avenue
New York, NY 10022
(212) 488-1200
(212) 488-1220 (Fax)
E-mail: michael.kim@kobrekim.com

Mark J. Stein
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
(212) 455-2310
(212) 455-2502 (Fax)
E-mail: mstein@stblaw.com

Craig Carpenito
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY 10016
(212) 210-9400
(212) 210-9444 (Fax)
E-mail: craig.carpenito@alston.com