UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                  :

IN RE: AMARANTH NATURAL GAS       :
COMMODITIES LITIGATION                :
                                                  :    Master File No. 07 Civ. 6377 (SAS)
                                                  :
This Document Relates to:                    :
                                                  :    **RULE 7.1 STATEMENT**
ALL ACTIONS                                    :
                                                  :
------------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Amaranth International Limited ("AIL") certifies that AIL is a Bermuda limited liability company. AIL has no corporate parents, and no publicly held corporation owns 10% or more of AIL.

Dated:   New York, New York
           June 23, 2008

                                                  SHEARMAN & STERLING LLP

                                          By:   /s/ Adam S. Hakki
                                                        Herbert S. Washer (HW 2375)
                                                        Adam S. Hakki (AH 3561)
                                                        Kirsten Nelson Cunha (KC 0283)

                                                        599 Lexington Avenue
                                                        New York, New York  10022
                                                        Tel:  (212) 848-4000
                                                        Fax:  (212) 848-7179

                                                        *Attorneys for Amaranth International*
                                                        *Limited*