Herbert S. Washer (HW 2375)
Adam S. Hakki (AH 3561)
Kirsten N. Cunha (KC 0283)
**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, New York  10022-6069
Tel.:  (212) 848-4000
Fax:  (212) 848-7179

*Attorneys for Amaranth International Limited*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE: AMARANTH NATURAL GAS                                 :
COMMODITIES LITIGATION                                      :   Master File No. 07 Civ. 6377 (SAS)
                                                            :
                                                            :
This Document Relates to:                                   :          **ECF CASE**
                                                            :
ALL ACTIONS                                                 :
                                                            :   **ORAL ARGUMENT REQUESTED**
                                                            :
------------------------------------------------------------X

**NOTICE OF MOTION TO DISMISS CORRECTED
CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that defendant Amaranth International Limited ("AIL") hereby moves before the Honorable Shira A. Scheindlin, United States District Court Judge for the Southern District of New York, for an Order dismissing plaintiffs' corrected consolidated class action complaint with prejudice pursuant to Federal Rules of Civil Procedure 8, 9(b), 12(b)(1), 12(b)(2), and 12(b)(6).

This motion is based upon this notice of motion, the joint memorandum of law of defendants Amaranth LLC, AIL, Amaranth Capital Partners LLC, and Amaranth Partners LLC in support of their motion to dismiss plaintiffs' corrected consolidated class action complaint, AIL's supplemental memorandum of law in support of its motion to dismiss, the accompanying declaration of Roderick M. Forrest, all other pleadings and proceedings in this

action, such matters and facts of which the Court may take judicial notice, and any argument

of counsel herein.

Dated:   New York, New York
         June 23, 2008

                                              SHEARMAN & STERLING LLP

                                  By:   /s/ Adam S. Hakki
                                          Herbert S. Washer (HW 2375)
                                          Adam S. Hakki (AH 3561)
                                          Kirsten Nelson Cunha (KC 0283)

                                          599 Lexington Avenue
                                          New York, New York  10022
                                          Tel:  (212) 848-4000
                                          Fax:  (212) 848-7179

                                          *Attorneys for Amaranth*
                                          *International Limited*