**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

| | : | |
|---|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | : : : | Master File No. 07 Civ. 6377 (SAS) |
| ------------------------------------------------------------- | : : | ECF Case |
| This Document Relates To: | : : | **Oral Argument Requested** |
| ALL ACTIONS | : : : | |

------------------------------------------------------------- x

## NOTICE OF MOTION TO DISMISS THE CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT BY DEFENDANT BRIAN HUNTER

Please take notice that upon the accompanying Memorandum of Law in Support of Brian Hunter's and Matthew Donohoe's Motions to Dismiss the Corrected Consolidated Class Action Complaint, the memoranda of law filed by other defendants, and the pleadings herein, Defendant Brian Hunter, by and through his undersigned counsel, Kobre & Kim LLP, will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for an order dismissing this action with prejudice for lack of personal jurisdiction pursuant to Rule 12(b)(2), or, in the alternative, for failure to state a claim pursuant to Rule 12(b)(6) and for failure to meet the pleading requirements of Rule 9(b).

PLEASE TAKE FURTHER NOTICE that pursuant to the schedule set in the Court's Order of June 2, 2008, papers in opposition to this motion shall be served on or before July 2, 2008, and Defendants' reply papers shall be served on or before July 14, 2008.

Dated: New York, New York

June 23, 2008

                                      KOBRE & KIM LLP

                                          /s/ Michael S. Kim
                                      Michael S. Kim (MK-0308)
                                      Matthew I. Menchel (MM-0675)
                                      Leif T. Simonson (LS-5915)
                                      Michael.Kim@kobrekim.com
                                      Matthew.Menchel@kobrekim.com
                                      Leif.Simonson@kobrekim.com

                                      800 Third Avenue
                                      New York, New York 10022
                                      Tel: 212.488.1200
                                      Fax: 212.488.1220

                                      *Attorneys for Brian Hunter*