UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | MASTER FILE NO. 07 Civ. 6377 (SAS) [rel. 07 Civ. 7592 (SAS), 07 Civ. 7181 (SAS), 07 Civ. 7943 (SAS)]<br><br>ORAL ARGUMENT REQUESTED |

### NOTICE OF THE JPMORGAN DEFENDANTS' AMENDED MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the JPMorgan Defendants' Amended Motion to Dismiss, the accompanying Declaration of Daniel J. Toal dated June 23, 2008, and the exhibit annexed thereto, the defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and J.P. Morgan Futures Inc. (collectively, "JPMorgan Defendants") will move this Court, before the Honorable Shira A. Scheindlin, United States District Judge, United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the complaint in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that the JPMorgan Defendants have complied with Rule III.B of the Individual Rules and Procedures of Judge Shira A. Scheindlin.

PLEASE TAKE FURTHER NOTICE that pursuant to the briefing schedule set by Judge Shira A. Scheindlin on June 2, 2008 by teleconference, plaintiffs' opposition is due July 2, 2008 and defendants' reply is due July 14, 2008.

Dated:   New York, New York
         June 23, 2008

          Respectfully submitted,

          PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

          By: :_____/s/ Mark F. Pomerantz_____
                Mark F. Pomerantz
                Eric S. Goldstein
                Daniel J. Toal

          1285 Avenue of the Americas
          New York, NY 10019-6064
          (212) 373-3000
          Fax: (212) 757-3990
          mpomerantz@paulweiss.com
          egoldstein@paulweiss.com
          dtoal@paulweiss.com

          *Attorneys for Defendants JPMorgan Chase & Co., JPMorgan Chase Bank, N.A. and J.P. Morgan Futures Inc.*

To:   Attached Service List

<u>Service List</u>

LOVELL STEWART HALEBIAN LLP
Christopher Lovell
Gary S. Jacobson
Ian Trevor Stoll
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677

LOUIS F. BURKE PC
Louis Fox Burke
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280

LOWEY DANNENBERG COHEN & HART, P.C.
Vincent Briganti
Geoffrey M. Horn
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035

*Co-Lead Counsel for Plaintiffs*

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C
Christopher J. Gray
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221
Fax:  (212) 719-4677

COUGHLIN, STOIA, GELLER, RUDMAN & ROBBINS, LLP
Samuel Howard Rudman
Robert Rothman
Fainna Kagan
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173

LABATON SUCHAROW, LLP
Bernard Persky
Gregory S. Asciolla
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068

*Additional Counsel for Plaintiffs*

DAVIS POLK & WARDWELL
Amelia Temple Redwood Starr
Dharma Betancourt Frederick
Sheldon Leo Pollock, III
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516

*Counsel for Defendant Amaranth L.L.C.*

WINSTON & STRAWN LLP
Steven M. Schwartz
David Emilio Mollon
200 Park Avenue
New York, New York 10166-4193
(212) 294-6604
Fax: (212) 294-4700

*Counsel for Defendants Amaranth Advisors LLC, Amaranth Management, L.P., Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS*

SHERMAN & STERLING LLP
Adam Hakki
599 Lexington Avenue
New York, New York 10022
(212) 848-4924
Fax: (212) 848-7179

*Counsel for Defendant Amaranth International Limited*

ALSTON & BIRD, LLP
Craig Carpenito
Karl Geercken
Alan Mark Kanzer
90 Park Avenue
New York, NY 10016
(212) 210-9582
Fax: (212) 210-3882

*Counsel for Defendant TFS Energy Futures, LLC*

KOBRE & KIM LLP
Michael S. Kim
800 Third Avenue
New York, NY 10022
(212) 448-1200
Fax: (212) 488-1220

*Counsel for Defendant Brian Hunter*

HELLER EHRMAN, LLP
Richard Scott Goldstein
Andrew Levine
Geoffrey Aronow
Thomas Samuel Kimbrell
Times Square Tower
7 Times Square
New York, NY 10036-6524
(212) 832-8704
Fax: (212) 763-7600

*Counsel for Defendant Nicholas M. Maounis*

SIMPSON THATCHER & BARTLETT LLP
Mark J. Stein
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2310
Fax: (212) 455-2502

*Counsel for Defendant Matthew Donohoe*

STEVEN R. GOLDBERG, ATTORNEY-AT-LAW
Steven R. Goldberg
One North End Avenue, Suite 1107
New York, NY  10282
(212) 845-5100
Fax: (212) 845-5102

*Counsel for ALX Energy, Inc., James DeLucia*

Gotham Energy Brokers Inc.
World Financial Center
One North End Avenue
New York, NY 10282-1101
(212) 590-1251