AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK   )

Ella A. Capone, being duly sworn, deposes and says:

1.  I am not a party to this action, am over 18 years of age and am employed by Paul,

Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York,

New York 10019.

2.  On June 23, 2008, I served true copies of the foregoing on the individual listed below:

 I. LETTER TO THE HONORABLE SHIRA A. SCHEINDLIN DATED 06/23/08

 II. DECLARATION OF DANIEL J. TOAL IN SUPPORT OF THE JPMORGAN

 DEFENDANTS' AMENDED MOTION TO DISMISS

 III. NOTICE OF THE JPMORGAN DEFENDANTS' AMENDED MOTION TO

 DISMISS

 IV. MEMORANDUM OF LAW IN SUPPORT OF THE JPMORGAN

 DEFENDANTS' AMENDED MOTION TO DISMISS

Gotham Energy Brokers Inc.
World Financial Center
One North End Avenue
New York, NY 10282-1101

3. I made such service by personally enclosing a true copy of the aforementioned

documents in a properly addressed prepaid wrapper and depositing it into an official

depository under the exclusive custody and care of the United States Postal Service in the

State of New York.

Ella A. Capone

Sworn to before me this
23rd day of June, 2008

Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008