UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
:
IN RE: AMARANTH NATURAL GAS             :
COMMODITIES LITIGATION                  : <u>ECF Case</u>
:
This Document Relates to:               : Case No.: 07 Civ. 6377 (SAS)
:
ALL ACTIONS                             :
:
----------------------------------------------------------------x

**NOTICE OF MOTION OF DEFENDANT MATTHEW DONOHOE TO DISMISS PLAINTIFFS' CORRECTED CONSOLIDATED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, upon the annexed memorandum of law and accompanying exhibits, the undersigned will move this Court before the Honorable Shira A. Scheindlin in Courtroom 15C of the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date to be determined, for an order pursuant to Rules 8, 9(b), and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the Plaintiffs' Corrected Consolidated Class Action Complaint with prejudice.

Defendant Matthew Donohoe respectfully requests that this Court grant oral argument on his motion to dismiss.

2

Dated: New York, New York
June 23, 2008

                            SIMPSON THACHER & BARTLETT LLP

                        By  /s/ Mark J. Stein
                            Mark J. Stein
                            mstein@stblaw.com
                            Joshua A. Levine
                            jlevine@stblaw.com
                            Brijesh P. Dave
                            bdave@stblaw.com
                            425 Lexington Avenue
                            New York, N.Y. 10017-3954
                            Telephone: (212) 455-2000
                            Facsimile:  (212) 455-2502
                            *Attorneys for Matthew Donohoe*