UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re: AMARANATH NATURAL GAS COMMODITIES LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) | 07 Civ. 06377 (SAS) **NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

DEFENDANT TFS ENERGY FUTURES LLC

I certify that I am admitted to practice in this court.

_____July 9, 2008_____
Date

_(signature)_
Signature
___Amber Wessels  (AW 2322)___
Print Name
___90 Park Avenue_____
Address
___New York, NY  10016_____
City, State, Zip
__(212) 210-9400  (212)210-9444_
Phone                        Fax

LEGAL02/30873544v1