UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION        :        Electronically Filed

This Document Relates to:     :        Master File No.: 07 Civ. 6377 (SAS)

ALL ACTIONS                   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION OF DAVID E. MOLLÓN

I, DAVID E. MOLLÓN declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of Winston & Strawn LLP, counsel of record for Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., and Amaranth Management Limited Partnership in this action. I submit this Declaration in support of the Reply Memorandum of Law in Support of Motion to Dismiss the Corrected Consolidated Class Action Complaint by Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., Amaranth Management Limited Partnership, and Nicholas Maounis.

2. Attached hereto as Exhibit A is a true and correct copy of the June 24, 2008 Joint Analysis prepared by Majority and Minority staffs of the Senate Permanent Subcommittee on Investigations of the testimony of Michael Greenberger before the Senate Committee on Commerce, Science and Transportation on June 3, 2008.

2

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge and belief.

Dated: New York, New York
       July 14, 2008

                                                  /s/ David E. Mollón
                                                  DAVID E. MOLLÓN