UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | : 07 Civ. 6377 (SAS) |
| | : |
| This Document Relates to: | : |
| ALL ACTIONS | : **CERTIFICATE OF SERVICE** |
| | : |

------------------------------------x

I, LAURA R. WERNER, hereby certify under penalty of perjury that on July 14, 2008 the Reply Memorandum of Law in Support of Motion to Dismiss the Corrected Consolidated Class Action Complaint and the Declaration of David E. Mollón with exhibits by Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group, Inc., Amaranth Management Limited Partnership, and Nicholas Maounis was served by operation of the Court's Electronic Case Filing system, and by email and overnight mail upon the following counsel:

| | |
|---|---|
| Vincent Briganti, Esq.<br>vbriganti@lowey.com<br>Geoffrey M. Horn, Esq.<br>ghorn@lowey.com<br>LOWEY DANNENBURG BEMPORAD SELINGER & COHEN, P.C.<br>White Plains Plaza<br>One North Broadway<br>White Plains, NY 10601<br><br>*Counsel for Plaintiff* | Gregory Asciolla, Esq.<br>gasciolla@labaton.com<br>Bernard Persky, Esq.<br>bpersky@labaton.com<br>LABATON SUCHAROW & RUDOFF LLP<br>140 Broadway<br>New York, NY 10117<br><br>*Counsel for Plaintiff* |
| Louis F. Burke, Esq.<br>lburke@lfblaw.com<br>LOUIS F. BURKE P.C.<br>460 Park Avenue 21st Floor<br>New York, NY 10022<br><br>*Counsel for Plaintiff* | Christopher J. Gray, Esq.<br>gray@cjgraylaw.com<br>LAW OFFICE OF CHRISTOPHER J. GRAY P.C.<br>460 Park Avenue 21st Floor<br>New York, NY 10022<br><br>*Counsel for Plaintiff* |

| | |
|---|---|
| Geoffrey Aronow, Esq.<br>Geoffrey.aronow@hellerehrman.com<br>Andrew Levine, Esq.<br>andrew.levine@hellerehrman.com<br>Richard Scott Goldstein, Esq.<br>richardgoldstein@hellerehrman.com<br>HELLER EHRMAN LLP<br>7 Times Square<br>New York, NY 10036<br><br>Joseph H. Fagan, Esq.<br>Joseph.fagan@hellerehrman.com<br>Thomas Samuel Kimbrell, Esq.<br>tom.kimbrell@hellerehrman.com<br>HELLER EHRMAN LLP<br>1717 Rhode Island Avenue, N.W.<br>Washington, D.C. 20036<br><br>*Counsel for Defendant Nicholas Maounis* | Marguerite Dougherty, Esq.<br>mdougherty@paulweiss.com<br>Eric S. Goldstein, Esq.<br>egoldstein@paulweiss.com<br>Mark Pomerantz, Esq.<br>mpomerantz@paulweiss.com<br>Daniel Toal, Esq.<br>dtoal@paulweiss.com<br>Jason Wilson, Esq.<br>jwilson@paulweiss.com<br>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP<br>1285 Avenue of the Americas<br>New York, NY 10019<br><br>*Counsel for Defendant JP Morgan Chase Bank, N.A.*<br>*Counsel for Defendant JP Morgan Futures, Inc.*<br>*Counsel for Defendant Morgan Chase & Co.* |
| Amelia T.R. Starr, Esq.<br>Amelia.starr@dpw.com<br>Sheldon L. Pollock, Esq.<br>Sheldon.pollock@dpw.com<br>Dharma B. Frederick, Esq.<br>Dharma.frederick@dpw.com<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Defendant Amaranth, LLC* | Steven R. Golderg, Esq.<br>sgoldberg@mbfcc.com<br>STEVEN R. GOLDBERG, ATTORNEY-AT-LAW<br>One North End Avenue, Suite 1107<br>New York, NY 10282<br><br>*Counsel for Defendant ALX Energy, Inc.*<br>*Counsel for Defendant James DeLucia* |
| Mark Stein, Esq.<br>mstein@stblaw.com<br>Brijesh Dave, Esq.<br>bdave@stblaw.com<br>Joshua Adam Levine, Esq.<br>jlevine@stblaw.com<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>*Counsel for Defendant Matthew Donohoe* | Adam Hakki, Esq.<br>ahakki@shearman.com<br>Brian McElroy<br>Brian.mcelroy@shearman.com<br>Kirsten Cunha<br>Kirsten.cunha@shearman.com<br>SHEARMAN & STERLING LLP<br>599 Lexington Ave<br>New York, NY 10022<br><br>*Counsel for Defendant Amaranth International Limited* |

| | |
|---|---|
| Karl Geercken, Esq.<br>Karl.geercken@alston.com<br>Craig Carpenito, Esq.<br>Craig.carpenito@alston.com<br>Amber C. Wessels, Esq.<br>Amber.wessels@alson.com<br>ALSTON & BIRD, LLP<br>90 Park Avenue<br>New York, NY 10016<br><br>*Counsel for Defendant TFS Energy Futures, LLC* | Michael S. Kim, Esq.<br>Michael.kim@kobrekim.com<br>Matthew Menchel<br>Matthew.menchel@kobrekim.com<br>Zaharah Markoe<br>Zaharah.markoe@kobrekim.com<br>Leif Simonson<br>Leif.simonson@kobrekim.com<br>Leanne Bortner<br>Leanna.bortner@kobrekim.com<br>Andrew Lourie<br>Andrew.lourie@kobrekim.com<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br><br>*Counsel for Defendant Brian Hunter* |
| Christopher Lovell, Esq.<br>LSHLLP@LSHLLP.COM<br>Ian Trevor Stoll, Esq.<br>istoll@lshllp.com<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue, 58th Flr.<br>New York, NY 10110<br>(212) 608-1900<br><br>*Counsel for Plaintiff* | Samuel Howard Rudman, Esq.<br>srudman@csgrr.com<br>Robert M. Rothman, Esq.<br>rrothman@csgrr.com<br>COUGHLIN, STOIA, GELLER, RUDMAN, & ROBBINS, LLP<br>58 South Service Road<br>Suite 200<br>Melville, NY 11747<br>631-367-7100<br><br>*Counsel for Plaintiff* |

Dated: New York, New York
      July 14, 2008

_____
LAURA R. WERNER