AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF NEW YORK   )

Andrew J. Strenio, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On July 14, 2008, I served a true copy of the attached REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE JPMORGAN DEFENDANTS' AMENDED MOTION TO DISMISS on the following:

> Gotham Energy Brokers
> World Financial Center
> One North End Avenue
> New York, NY 10282-1101

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
Andrew J. Strenio

Sworn to before me this
14th day of July, 2008

_____
Notary Public

SYLVIA ANDREEV
Notary Public, State of New York
No. 01AN6119735
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Dec. 6, 2008