# CERTIFICATE OF SERVICE

I, Raymond A. Pacia, hereby certify on July 15, 2008, I served a copy of Brian Hunter's and Matthew Donohoe's Memorandum of Law in Further Support of their Motion to Dismiss the Corrected Consolidated Class Action Complaint, in *In re Amaranth Natural Gas Commodities Litig.*, No. 07-0CV-6377 (SAS), pursuant to the Court's Revised Pretrial Order No. 1, dated September 19, 2007, as modified by the Court on June 2, 2008, on the parties listed below by electronic mail:

Dated at New York, New York, this 15th day of July, 2008.

/s/ Raymond A. Pacia
Raymond A. Pacia
Kobre & Kim LLP
800 Third Avenue
New York, New York 10022
Tel. (212) 488-1200
Fax. (212) 488-1220

Christopher J. Gray, Esq.
Law Office of Christopher J. Gray, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 838-3221
Fax: (212) 508-3695
gray@cjgraylaw.com

*Attorney for Consolidated Plaintiff Roberto E. Calle Gracey*

Louis Fox Burke, Esq.
Louis F. Burke P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280
lburke@lfblaw.com

*Attorney for Consolidated Plaintiff Roberto E. Calle Gracey*

Bernard Persky, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0868
Fax: (212) 883-7068
bpersky@labaton.com

*Attorney for Consolidated Plaintiff John F. Special*

Geoffrey Milbank Horn, Esq.
Lowey, Dannenberg, Cohen & Hart, P.C.
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
ghorn@lowey.com

*Attorney for Consolidated Plaintiff John F. Special*

Gregory Scott Asciolla, Esq.
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
(212) 907-0827
Fax: (212) 818-0477
gasciolla@labaton.com

*Attorney for Consolidated Plaintiff John F. Special*

Vincent Briganti, Esq.
Lowey, Dannenberg, Cohen & Hart, P.C.
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
vbriganti@lowey.com

*Attorney for Consolidated Plaintiff John F. Special*

2

Robert M. Rothman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
rrothman@csgrr.com

*Attorney for Consolidated Plaintiff Gregory H. Smith*

Samuel Howard Rudman, Esq.
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
srudman@csgrr.com

*Attorney for Consolidated Plaintiff Gregory H. Smith*

Christopher Lovell, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
clovell@lshllp.com

*Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP*

Ian Trever Stoll, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
Fax: (212) 719-4677
itstoll@lshllp.com

*Attorney for Consolidated Plaintiffs Alan Martin and Dax Partners LP*

Daniel John Toal, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3869
Fax: (212) 492-0869
dtoal@paulweiss.com

*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Eric S. Goldstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
Fax: (212) 492-0204
egoldstein@paulweiss.com

*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Marguerite Sophia Dougherty, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3148
Fax: (212) 492-0148
mdougherty@paulweiss.com

*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Mark Floyd Pomerantz, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3010
Fax: (212) 373-0010
mpomerantz@paulweiss.com

*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Jason Harold Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3780
Fax: (212) 492-0780
jwilson@paulweiss.com

*Attorney for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Amelia T.R. Starr, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516
Fax: (212) 450-3516
amelia.starr@dpw.com
Attorney for Defendant Amaranth LLC

Steven M. Schwartz, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6604
Fax: (212) 294-4700
sschwartz@winston.com

*Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*

David Mollon, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-4748
Fax: (212) 294-4700
dmollon@winston.com

*Attorney for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULC*

Adam Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4924
Fax: (212) 848-7179
ahakki@shearman.com

*Attorneys for Defendant Amaranth International Limited*

Geoffrey Aronow, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2000
Fax: (202) 912-2020
geoffrey.aronow@hellerehrman.com

*Attorneys for Defendant Nick Maounis*

Thomas Samuel Kimbrell, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2604
Fax: (202) 912-2020
tom.kimbrell@hellerehrman.com

*Attorneys for Defendant Nick Maounis*

Richard Scott Goldstein, Esq.
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 832-8704
Fax: (212) 832-7600
rgoldstein@hellerehrman.com

*Attorneys for Defendant Nick Maounis*

Andrew Levine, Esq.
Heller Ehrman LLP
7 Times Square
New York, NY 10036
(212) 832-8667
Fax: (212) 832-7600
andrew.levine@hellerehrman.com

*Attorneys for Defendant Nick Maounis*

Steven R. Goldberg, Esq.
Steven R. Goldberg, Attorney-At-Law
One North End Avenue, Suite 1107
New York, NY 10282
(212) 845-5100
Fax: (212) 845-5102
sgoldberg@mbfcc.com

*Attorneys for Defendants ALX Energy, Inc., and James DeLucia*

Craig Carpenito, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9582
Fax: (212) 210-3882
craig.carpenito@alston.com

*Attorneys for Defendant TFS Energy Futures LLC*

Karl Geercken, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400
Fax: (212) 210-9444
karl.geercken@alston.com

*Attorneys for Defendant TFS Energy Futures LLC*

Alan Mark Kanzer, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
(212) 210-9480
Fax: (212) 210-9444
alan.kanzer@alston.com

*Attorneys for Defendant TFS Energy Futures LLC*

Mark J. Stein, Esq.
Joshua A. Levine, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
E-mail: mstein@stblaw.com
E-mail: jlevine@stblaw.com

*Attorneys for Defendant Matthew Donohoe*