UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION | Master File No. 07 civ. 6377 (SAS) |
| This Document Relates To: | **Document Demand for ALX Energy, Inc. and James DeLucia** |
| ALL ACTIONS | |

PLEASE TAKE NOTICE that defendants, ALX Energy, Inc. and James DeLucia, by their attorney, STEVEN R. GOLDBERG, ESQ., hereby demand of Plaintiff production of true and accurate copies of the following documents pursuant to Federal Rules of Civil Procedure 26 and 34 and local rule 26.3, including, without limitation, the instructions and definitions contained therein:

**Definitions in addition to those within, Federal Rules of Civil Procedure, Federal Rules of Evidence and local rules:**

1. The following parties, persons and individuals shall be defined as follow:

a. "Amaranth" shall refer to all defendants which include the name "Amaranth" within its company name as well as parties named as defendants herein who were officers, directors or employees of any of the "Amaranth" companies, both collectively and/or individually.

b. "Floor broker" shall refer to ALX Energy, Inc. (hereinafter "ALX", James DeLucia, TFS Energy Futures, Inc. and Gotham Energy Brokers, Inc. and their servants, agents and employees., both collectively and/or individually,

c. "J.P. Morgan" shall refer to J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc. collectively and/or individually and their servants, agents and employees, both collectively and/or individually.

d. "Plaintiffs" shall refer to all named plaintiffs and all class members, both collectively and individually.

e. "Settlement day(s)" shall refer to the three dates on which the complaint alleges that one or more defendants "slammed the close" (February 24, March 29 and April 26, 2006).

f. "Week surrounding the settlement days" shall refer to two day prior to each settlement day through five days following each settlement day, inclusive.

g. "Minutes of company meetings" shall refer to minutes of the transactions and business discussed at formal or informal meetings of the companies referred to in the individual demand. "Minutes" refers to the recording of company business as is traditionally understood by the use of the word.

**Documents Requested:**

1. Documents listed in plaintiff's previously served initial disclosure.

2. Documents disclosed to the Federal Energy Regulatory Commission pertaining to any transaction or other topic relevant to this action.

3. Documents disclosed to the Commodity Futures Trading Commission pertaining to any transaction or other topic relevant to this action.

4. Communications between a floor broker and any other party to this action pertaining to any matter relevant to this action.

5. Communications between a floor broker and any entity or person not a party to this action pertaining to any matter relevant to this action.

6. Communications between any defendants pertaining to any matter relevant to this action.

7. Communications between any defendant and a non-party pertaining to any matter relevant to this action.

8. Communications by and/or between any plaintiff pertaining to any transaction or other topic relevant to this action.

9. Communications between any plaintiff and any defendant pertaining to any matter relevant to this action.

10. Transcripts of any deposition taken of any party to this action by the CFTC or FERC or in any action which concerns the subject matters of the plaintiffs' corrected consolidated class action complaint (hereinafter "complaint").

11. Trading cards or such similar documents for the class period, including but not limited to trades made on NYMEX and ICE Exchanges.

12. Order tickets and blotters for the class period, including but not limited to trades made on NYMEX and ICE Exchanges.

13. Daily activity logs for the class period.

14. Daily trading statements for the class period.

15. Monthly trading statements for the class period.

16. Documents other than trading statements recording trades made for the class period.

17. Documents indicating that ALX Energy, Inc. "slammed the close" as described in Paragraph 8 of the complaint.

18. Documents indicating that James DeLucia "slammed the close" as described in Paragraph 8 of the complaint.

19. Documents indicating that ALX was Amaranth's primary NYMEX natural gas floor brokerage firm as described in Paragraph 34 of the complaint.

20. Documents indicating that ALX had knowledge of and aided and abetted the Amaranth Defendants throughout the Class Period as described in Paragraph 35 of the complaint.

21. Copies of all documents produced to the other defendants to this action.

22. Documents pertaining to identity of "vinnie," who was a subject of the complaint.

23. Documents pertaining to visits to Amaranth offices or employees by Vincent Rufa.

July 21, 2008
New York, New York

        s/Steven R. Goldberg
Steven R. Goldberg (2825)
Attorney for Defendants
James DeLucia & ALX Energy, Inc.
One North End Avenue
Suite 1107
New York, New York 10282
(212) 845-5100

TO: Circulation list

**CIRCULATION LIST**

Louis Fox. Burke, Esq.
Louis F. Burke, P.C.
460 Park Avenue 21st Floor
New York, NY 10022
Tel: 212-682-1700
Fax: 212-808-4280
lburke@lfblaw.com

Christopher Lovell, Esq.
Lovell Stewart Halebian, LLP
500 Fifth Avenue
New York, NY 10110
Tel: 212-608-1900
Fax: 212-719-4677
lshllp@lshllp.com

Ian T. Stoll, Esq.
Lovell Stewart Halebian, LLP
500 Fifth Avenue
New York, NY 10110
Tel: 212-608-1900
Fax: 212-719-4677
istoll@lshllp.com

Vincent Briganti, Esq.
Lowey Dannenbeg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway
Suite 509
Whit Plains, NY 10601
Tel: 914-997-0500
Fax: 914-997-0035
vbriganti@lowey.com

Geoffrey M. Horn, Esq,
Lowey Dannernberg Cohen & Hart, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601-2310
Tel: 914-997-0500
Fax: 914-997-0035
ghorn@lowey.com

Christopher Gray, Esq.
Christopher J. Gray PC
460 Park Avenue, 21st Floor
New York, NY 10022
Tel: 212-838-3221
Fax: 212-508-3695
gray@cjgraylaw.com

Samuel Rudaman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Rd., Suite 200
Melville, NY 11747
Tel: 367-7100
Fax: 367-1173
srudman@csgrr.com

Robert Ruthoman, Esq.
Coughlin, Stoia, Geller, Rudman & Robbins, LLP
58 South Service Rd., Suite 200
Melville, NY 11747
Tel: 631-7100
Fax: 631-367-1173
rrothman@csgrr.com

Bernad Persky, Esq.
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0868
Fax: 212-883-7068
bpersky@labaton.com

Gregory Scott Asciolla, Esq.
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
Tel: 212-907-0827
Fax: 212-818-0477
gasciolla@labaton.com

Geoffrey Aronow, Esq.
Heller Ehrman LLP (DC)
1717 Rhode Island Island Nw
Washington, DC 20036
Tel: 202-912-2000
Fax: 202-912-2020
geoffrey.aronow@hellerehrman.com

Eric Goldstein, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, L.L.P.
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-492-0204
egoldstein@paulweiss.com

Daniel J. Toal, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison, LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 373-3869
Fax: 492-0869
dtoal@paulweiss.com

Steven M. Schwartz, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
Tel: 212-294-6761
Fax: 212-294-4700
sschwartz@winston.com

Amelia T. R. Starr, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
Tel: 212-450-4516
Fax: 212-450-3516
amelia.starr@dpw.com

Adam Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
Tel: 212-848-4924
Fax: 646-848-4924
ahakki@shearman.com

Michael S. Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
Tel: 212-586-9151
Fax: 212-586-9600
michael.kim@kobrekim.com

Mark J. Stein, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
Tel: 212-455-2000
Fax: 212-455-2502
mstein@stblaw.com

Amber Wessels, Esq.
Alston & Bird LLP
90 Park Avenue
New York, NY 10016
Tel: 212-210-9480
Fax: 212-210-9444
akanzer@alston.com

Craig Carpenito, Esq.
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, NY 10016
Tel: 212-210-9582
Fax: 212-210-3882
craig.carpenito@alston.com

Karl Geercken, Esq.
Alston & Bird, LLP (NYC)
90 Park Avenue
New York, NY 10016
Tel: 212-210-9400
Fax: 212-210-9444
karl.geercken@alston.com

Brijesh Pradyuman Dave
Simpson Thacher & Bartlett LLP (NY)
425 Lexington Avenue
New York, NY 10017
Tel: 212-455-3315
Fax: 212-455-2502
bdave@stblaw.com

Marguerite Sophia Dougherty, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3148
Fax: 212-492-0148
mdougherty@paulweiss.com

Dharma Betancourt Frederick, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
212-450-4115
212-450-3116
dharma.frederick@dpw.com

Richard Scott Goldstein, Esq.
Heller Ehrman, LLP (NYC)
Times Square Tower
7 Times Square
New York, NY 10036
Tel: 212-832-8704
Fax: 212-763-7600
rgoldstein@hewm.com

Thomas Samuel Kimbrell, Esq.
Heller Ehrman LLP (DC)
1717 Rhode Island Avenue NW
Washington, DC 20036
Tel: 202-912-2604
Fax: 202-912-2020
tom.kimbrell@hellerehrman.com

Andrew Levine, Esq.
Heller Ehrman, LLP (NYC)
7 Times Square
New York, NY 10036
Tel: 212-847-8667
Fax: 212-763-7600
andrew.levine@hellerehrman.com

David Emilio Mollon, Esq.
Winston & Strawn LLP (NY)
200 Park Avenue
New York, NY 10166
Tel: 212-294-4748
Fax: 212-294-4700
dmollon@winston.com

Sheldon Leo Pollock, III, Esq.
Danzig Fishman & Decea
1 No. Broadway
White Plains, NY 10601
Tel: 212-450-4000
Fax: 212-450-3956
sheldon.pollock@dpw.com

Mark Floyd Pomerantz, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of Americas
New York, NY 10019
Tel: 212-373-3010
Fax: 212-373-0010
mpomerantz@paulweiss.com

Jason Harold Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP (NY)
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3780
Fax: 212-492-0780
jwilson@paulweiss.com
Representing: Morgan Chase & Co.