UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION

07 CIVIL 6377 ( SAS )

This Document Relates to:

ALL ACTIONS

-----------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Geoffrey F. Aronow

☐ *Attorney*

  ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

  ☒ I am a Pro Hac Vice attorney

  ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

  From: Heller Ehrman LLP

  To: Bingham McCutchen LLP

  ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☐ Address: Bingham McCutchen LLP, 2020 K Street N.W., Washington D.C. 20006-1806

☐ Telephone Number: (202) 373-6000

☐ Fax Number: (202) 373-6001

☐ E-Mail Address: Geoffrey.Aronow@bingham.com

Dated: 8/1/08