# BINGHAM



Geoffrey F. Aronow
Direct Phone: 202.373.6277
Direct Fax:     202.373.6001
geoffrey.aronow@bingham.com

August 6, 2008

**BY HAND**

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re:   In re: Amaranth Natural Gas Commodities Litigation
      (Master File No. 07 Civ. 6377) (SAS)

Dear Judge Scheindlin:

We represent Defendant Nicholas Maounis in the above-referenced matter and respectfully submit this letter seeking relief from having to produce Mr. Maounis's and his family's personal investment account statements, personal credit card statements and personal phone bills.

      During the Rule 16 conference held on July 7, 2008, the subject of the productions previously made to the Commodity Futures Trading Commission ("CFTC") arose and, while counsel for Mr. Maounis did not participate actively in that dialogue, we concluded that it was the Court's view that the parties which had produced documents to the CFTC should undertake to produce those same documents to Plaintiffs in this proceeding.

      Current counsel for Mr. Maounis had not represented him at the time he produced documents to the CFTC. Now that we have had an opportunity to review and consider that production, and in light of the recent request made by Mr. Hunter which resulted in Court undertaking an *in camera* review of some of his documents, we would respectfully submit that certain documents that Mr. Maounis produced to the CFTC similarly are not appropriately subject to discovery in this action. Those documents are:

      1) account statements for Mr. Maounis's and his family's personal brokerage accounts;

      2) credit card statements for personal credit cards held by Mr. Maounis and his family members; and

Boston
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
2020 K Street NW
Washington, DC
20006-1806

T 202.373.6000
F 202.373.6001
bingham.com

The Honorable Shira A. Scheindlin
August 6, 2008
Page 2

       3) phone bills for Mr. Maounis's and his family's personal telephones.

Mr. Maounis would produce any documents related to business credit cards or business telephones that he previously produced to the CFTC.

       We believe that the same legal principles set forth in the letters from Mr. Hunter's counsel to this Court, dated July 17, 2008, and July 28, 2008, apply with equal force to these documents. In the interests of economy and efficiency, we will not repeat those principles and arguments here, but simply incorporate them by reference.[1] In particular, we would note that Mr. Maounis did not engage in any personal trading of natural gas or related financial instruments. In that regard, we would, of course, be willing to provide his brokerage statements, as well as the phone bills and credit card statements in question, to the Court for *in camera* review if it so wishes.

       In sum, the materials in question simply do not meet the test for discovery, as they are wholly irrelevant to any of the allegations against Mr. Maounis, nor can they properly be characterized as "reasonably calculated to lead to the discovery of admissible evidence." Under these circumstances, we respectfully request that, to the degree the

---

[1] In addition to the points made by counsel for Mr. Hunter, we note that these documents implicate the constitutionally protected privacy rights that courts have recognized, including "the individual interest in avoiding disclosure of personal matters ." *McVane v. Federal Deposit Ins. Corp.*, 44 F.3d 1127, 1136 (2d Cir.1995)

The Honorable Shira A. Scheindlin
August 6, 2008
Page 3

Court intended all parties to produce documents they had previously produced to the CFTC, that Mr. Maounis not be required to disclose these categories of documents to Plaintiffs.

Respectfully submitted,

*[signature]*

Geoffrey F. Aronow
geoffrey.aronow@bingham.com
BINGHAM MCCUTCHEN LLP
2020 K Street NW
Washington, DC 20006
(202) 373-6000

*[signature]*

Richard Goldstein
richard.goldstein@hellerehrman.com
HELLER EHRMAN LLP
7 Times Square
New York, NY 10036
(212)- 832-8300

cc:   All counsel (by email)

*[handwritten:]* Defendant is ordered to produce these documents to the Court for in camera review, excepting the phone records, which need not be produced.

SO ORDERED:

Dated: New York, N.Y.
Aug. 8, 2008

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Copies of this letter have been sent by email to the following recipients:

Vincent Briganti
vbriganti@lowey.com
Geoffrey Milbank Horn
ghorn@lowey.com
Lowey Dannenberg Bemporad Selinger & Cohen, P.C.
White Plains Plaza
1 North Broadway
5th Floor
White Plains, NY 10601
(914) 997-0500
Fax: (914) 997-0035
*Co-Lead Counsel for Plaintiffs*

Louis F. Burke PC
460 Park Avenue 21st Floor
New York, NY 10022
(212) 682-1700
Fax: (212) 808-4280
lburke@lfblaw.com
*Co-Lead Counsel for Plaintiffs*

Christopher Lovell
lshllp@lshllp.com
Ian Trevor Stoll
istoll@excite.com
Lovell Stewart Halebian, LLP
500 Fifth Avenue, 58th Flr.
New York, NY 10110
(212)-608-1900
Fax: (212) 719-4677
istoll@excite.com
*Co-Lead Counsel for Plaintiffs*

Bernard Persky
bpersky@labaton.com
Gregory Scott Asciolla
gasciolla@labaton.com
abaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0827
Fax: (212) 818-0477
*Attorneys for Consolidated Plaintiff John F. Special*

Daniel John Toal
dtoal@paulweiss.com
Eric S. Goldstein
egoldstein@paulweiss.com
Marguerite Sophia Dougherty
mdougherty@paulweiss.com
Mark Floyd Pomerantz
mpomerantz@paulweiss.com
Jason Harold Wilson
jwilson@paulweiss.com
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212)-373-3780
Fax: (212) 492-0780
*Attorneys for Defendants J.P. Morgan Chase & Co. and J.P. Morgan Futures, Inc.*

Christopher J. Gray
Law Office of Christopher J. Gray, P.C
460 Park Avenue 21st Floor
New York, NY 10022
(212) 838-3221
Fax: (212) 508-3695
gray@cjgraylaw.com
*Attorney for Plaintiff Roberto E. Calle Gracey*

2

Robert M. Rothman
rrothman@csgrr.com
Samuel Howard Rudman
srudman@csgrr.com
Coughlin, Stoia, Geller, Rudman & Robbins, LLP(LIs)
58 South Service Road
Suite 200
Melville, NY 11747
(631) 367-7100
Fax: (631) 367-1173
*Attorneys for Consolidated Plaintiff Gregory H. Smith*

Amelia T.R. Starr
amelia.starr@dpw.com
Dharma Betancourt Frederick
dharma.frederick@dpw.com
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4115
Fax: (212) 450-3516
*Attorneys for Defendant Amaranth LLC*

Michael S. Kim
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 488-1200
Fax: (212) 488-1220
michael.kim@kobrekim.com
*Attorney for Defendant Brian Hunter*

Mark J. Stein
mstein@stblaw.com
Brijesh P. David
bdave@stblaw.comSimpson Thatcher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
(212) 455-2000
Fax: (212) 455-2502
*Attorneys for Defendant Matthew Donohoe*

3

David Emilio Mollon
dmollon@winston.com
Steven M. Schwartz
Sschwartz@winston.com
Stephon Senderowitz
ssenero@winston.com
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166-4193
(212) 294-6604
Fax: (212) 294-4700
*Attorneys for Defendants Amaranth Advisors LLC, Amaranth Group, Inc., Amaranth Partners LLC, Amaranth Capital Partners LLC, and Amaranth Advisors (Calgary) ULS*

Adam Hakki
Sherman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
(212) 848 4924
Fax: 212 848 7179
ahakki@shearman.com
*Attorneys for Defendant Amaranth International Limited*

Karl Geercken
karl.geercken@alston.com
Amber Wessels
amber.wessels@alston.com
Craig Carpenito
craig.carpenito@alston.comAlston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9582
Fax:  212-210-9444
*Attorneys for Defendant TFS Energy Futures LLC*

Sheldon Leo Pollock, III
Danzig Fishman & Decea
1 No. Broadway
White Plains, NY 10601
(212) 450-4000
Fax:  (212) 450-3956
sheldon.pollock@dpw.com
*Attorney for Defendant Amaranth LLC*

4

Steven R. Goldberg, Esq.
One North End Avenue
World Financial Center
11th Floor, Suite 1107
New York, NY 10282
(212) 845-5100
Fax: (212) 845-5102
sgoldberg@mbfcc.com
*Attorneys for James Delucia and ALX Energy, Inc.*