UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------ X

IN RE AMARANTH NATURAL GAS
COMMODITIES LITIGATION

ORDER

06 Civ. 7637 (SAS)
07 Civ. 6377 (SAS)

------------------------------------------------------ X

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The Court having reviewed defendant Brian Hunter's personal trading records in camera, Hunter is ordered to produce those records to plaintiffs.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 13, 2008

- Appearances -

**For Plaintiffs:**

Bernard Persky, Esq.
Gregory Scott Asciolla, Esq.
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0868

Christopher Lovell, Esq.
Ian Trevor Stoll, Esq.
Lovell Stewart Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900

Vincent Briganti, Esq.
Geoffrey Milbank Horn, Esq.
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway, Suite 509
White Plains, NY 10601
(914) 997-0500

Robert M. Rothman, Esq.
Samuel Howard Rudman, Esq.
Coughlin, Stoia, Geller, Rudman &
    Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Louis Fox Burke, Esq.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700

Christopher J. Gray, Esq.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 838-3221

**For Defendant Amaranth Advisors, LLC:**

David Emilio Mollon, Esq.
Steven Michael Schwartz, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4748

Kristen Victoria Grisius, Esq.
Stephen J. Senderowitz, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-6062

**For Defendant Nicholas M. Maounis:**

Andrew Levine, Esq.
Richard Scott Goldstein, Esq.
Heller Ehrman, LLP
7 Times Square
New York, NY 10036-6524
(212) 847-8667

Thomas Samuel Kimbrell, Esq.
Heller Ehrman LLP
1717 Rhode Island Avenue, NW
Washington, DC 20036
(202) 912-2604

Geoffrey Aronow, Esq.
Bingham McCutchen, LLP
2020 K Street, NW
Washington, DC 20006-1806
(202) 912 2000

**For Defendants ALX Energy, Inc.:**

Steven R. Goldberg, Esq.
One North End Avenue, Suite 1107
New York, NY 10282
(212) 845-5100

**For Defendant Brian Hunter:**

Michael Sangyun Kim, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 586-9151

**For Defendant Amaranth LLC:**

Amelia Temple Redwood Starr, Esq.
Dharma Betancourt Frederick, Esq.
Sheldon Leo Pollock, III, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516

**For Defendant Amaranth International Ltd.:**

Adam Selim Hakki, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4924

**For Defendant TFS Energy Futures LLC:**

Karl Geercken, Esq.
Alan Mark Kanzer, Esq.
Amber C. Wessels, Esq.
Craig Carpenito, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

**For Defendant Matthew Donohoe:**

Brijesh Pradyuman Dave, Esq.
Joshua Adam Levine, Esq.
Mark J. Stein, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-3315

**For Defendant Morgan Chase & Co.:**

Daniel John Toal, Esq.
Eric S. Goldstein, Esq.
Marguerite Sophia Dougherty, Esq.
Mark Floyd Pomerantz, Esq.
Jason Harold Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison   LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3869