UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
:
IN RE: AMARANTH NATURAL GAS          :    Master File No. 07 Civ. 6377 (SAS)
COMMODITIES LITIGATION               :
                                     :    ECF Case
This Document Relates To:            :
                                     :    **[PROPOSED] ORDER GRANTING**
    ALL ACTIONS                      :    **WITHDRAWAL OF ANDREW**
                                     :    **LEVINE**
                                     :
-------------------------------------------------------------x

WHEREAS, Heller Ehrman LLP is counsel for defendant Nicholas M. Maounis in the

above-captioned matter; and

WHEREAS, Andrew Levine, Esq. is currently listed as an attorney of record for Mr.

Maounis in the above-captioned matter; and

WHEREAS, Andrew Levine, Esq. is no longer affiliated with Heller Ehrman LLP; and

WHEREAS, this matter is not on the trial calendar; and

WHEREAS, Richard S. Goldstein, Esq. of Heller Ehrman LLP and Geoffrey F. Aronow

of Bingham McCutchen LLP also are attorneys of record for Mr. Maounis in the above-

captioned matter and will continue in such capacity;

THEREFORE, the application for the withdrawal of Andrew Levine, Esq. as an attorney

of record for Nicholas M. Maounis in the above-captioned manner is granted. The Docket Clerk

is directed to remove Mr. Levine's name as an attorney of record in the above-captioned matter.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
SHIRA A. SCHEINDLIN
United States District Judge