```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: AMARANTH NATURAL GAS
COMMODITIES LITIGATION,

This Document Relates to:

ALL ACTIONS

Master File No. 07 Civ. 6377 (SAS) (HP)

**STIPULATION OF SUBSTITUTION
OF COUNSEL**

WHEREAS, Heller Ehrman LLP currently is counsel of record for defendant Nicholas M. Maounis in the above-captioned matter; and

WHEREAS, Geoffrey F. Aronow, Esq., the principal attorney for Mr. Maounis, has recently left Heller Ehrman LLP and joined Bingham McCutchen LLP; and

WHEREAS, Mr. Maounis has requested that Mr. Aronow continue to represent him in the above-captioned matter; and

WHEREAS, this matter is not on the trial calendar;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the law firm of Bingham McCutchen LLP, as of the date hereof, shall be substituted as attorneys of record for defendant Nicholas M. Maounis in the above-captioned matter in the place of Heller Ehrman LLP. The Docket Clerk is directed to remove

Heller Ehrman LLP as counsel of record in the above-captioned matter.

Dated: New York, New York
       September __, 2008

| **HELLER EHRMAN LLP** | **BINGHAM McCUTCHEN LLP** |
|---|---|
| By: /s/ Richard S. Goldstein | By: /s/ Geoffrey F. Aronow (*pro hac vice*) |
| Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Tel: (212) 832-8300<br>email: richard.goldstein@hellerehrman.com | 2020 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 373-6000<br>email: geoffrey.aronow@bingham.com |
| *Outgoing Attorneys* | Peter C. Neger<br>Theo J. Robins<br>399 Park Avenue<br>New York, NY 10017<br>Tel: (212) 705-7000<br>peter.neger@bingham.com<br>theo.robins@bingham.com |
| | *Attorneys for Defendant Nicholas M. Maounis* |

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
United States District Judge

9/15/08