Scheindlin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
IN RE: AMARANTH NATURAL GAS         :
COMMODITIES LITIGATION              :    ECF Case

This Document Relates to:           :    Master File No.: 07 Civ. 6377 (SAS)

ALL ACTIONS                         :    ECF Case

                                         STIPULATION AND ORDER
------------------------------------X

        WHEREAS, pursuant to an opinion and order dated April 28, 2009, the Court granted in part and denied in part Defendants' motions to dismiss Plaintiffs' Corrected First Amended Consolidated Class Action Complaint (the "First Amended Complaint"); and

        WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Remaining Defendants not dismissed from this action (the "Remaining Defendants") must answer the First Amended Complaint by May 11, 2009; and

        WHEREAS, Plaintiffs' First Amended Complaint contains 518 paragraphs and Plaintiffs have agreed to an extension of the time for the Remaining Defendants to answer the First Amended Complaint;

        NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel, as follows:

        1.    The time period set forth in Federal Rule of Civil Procedure 12(a)(4)(A) for Defendants to answer or move with respect to a complaint shall not apply to the First Amended Complaint.

        2.    The Remaining Defendants' time to answer the First Amended Complaint is hereby extended by 45 days to and including June 25, 2009.

1


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/09

Dated: New York, New York
April 30, 2009

                                            WINSTON & STRAWN LLP

                                            By _____ LLC
                                                Steven M. Schwartz
                                            200 Park Avenue
                                            New York, NY 10166
                                            (212) 294-6700
                                            (212) 294-4700 (fax)

                                            *Attorneys for Defendant Amaranth Advisors*
                                            *L.L.C, Amaranth Advisors (Calgary) ULC,*
                                            *Amaranth Capital Partners LLC and*
                                            *Amaranth Partners LLC*

Dated: New York, New York
April __, 2009

                                            DAVIS, POLK & WARDWELL

                                            By _____
                                                Amelia T.R. Starr
                                            450 Lexington Avenue
                                            New York, New York 10017
                                            (212) 450-4000
                                            (212) 450-3800

                                            *Attorneys for Amaranth LLC*

Dated: New York, New York
April __, 2009

                                            BINGHAM MCCUTCHEN, LLP

                                            By_____
                                               Geoffrey F. Aronow
                                            2020 K Street, NW
                                            Washington, DC 20006
                                            (202) 373-6000
                                            (202) 373-6001 (fax)

                                            *Attorneys for Defendant Nicholas Maounis*

Dated: New York, New York
      April ___, 2009

                WINSTON & STRAWN LLP

                By_____
                  Steven M. Schwartz
                200 Park Avenue
                New York, NY 10166
                (212) 294-6700
                (212) 294-4700 (fax)

*Attorneys for Defendant Amaranth Advisors L.L.C, Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC and Amaranth Partners LLC*

Dated: New York, New York
      April __, 2009

                DAVIS, POLK & WARDWELL

                By  *Amelia T.R. Starr*
                  Amelia T.R. Starr
                450 Lexington Avenue
                New York, New York 10017
                (212) 450-4000
                (212) 450-3800

*Attorneys for Amaranth LLC*

Dated: New York, New York
      April __, 2009

                BINGHAM MCCUTCHEN, LLP

                By_____
                  Geoffrey F. Aronow
                2020 K Street, NW
                Washington, DC 20006
                (202) 373-6000
                (202) 373-6001 (fax)

*Attorneys for Defendant Nicholas Maounis*

Dated: New York, New York
April ___, 2009

WINSTON & STRAWN LLP

By_____
   Steven M. Schwartz
200 Park Avenue
New York, NY 10166
(212) 294-6700
(212) 294-4700 (fax)

*Attorneys for Defendant Amaranth Advisors L.L.C, Amaranth Advisors (Calgary) ULC, Amaranth Capital Partners LLC and Amaranth Partners LLC*

Dated: New York, New York
April ___, 2009

DAVIS, POLK & WARDWELL

By _____
   Amelia T.R. Starr
450 Lexington Avenue
New York, New York 10017
(212) 450-4000
(212) 450-3800

*Attorneys for Amaranth LLC*

Dated: New York, New York
April 30, 2009

BINGHAM MCCUTCHEN LLP

By_____
   Geoffrey F. Aronow
2020 K Street, NW
Washington, DC 20006
(202) 373-6000
(202) 373-6001 (fax)

*Attorneys for Defendant Nicholas Maounis*

2

Dated: New York, New York
April 30, 2009

          KOBRE & KIM LLP

          By /s/ Michael S. Kim (by SKM)
          Michael S. Kim
          800 Third Avenue
          New York, NY 10022
          (212) 488-1200
          (212) 488-1220 (fax)

          *Attorneys for Defendant Brian Hunter*

Dated: New York, New York
April __, 2009

          SIMPSON THACHER & BARTLETT LLP

          By_____
          Mark J. Stein
          425 Lexington Avenue
          New York, NY 10017
          (212) 455-3315
          (212) 455-2502 (fax)

          *Attorneys for Defendant Matthew Donohoe*

Dated: New York, New York
April __, 2009

          By_____
          Steven R. Goldberg
          One North End Avenue, Suite 1107
          World Financial Center
          New York, NY 10282
          (212) 845-5100
          (212) 845-5102 (fax)

          *Attorney for Defendants ALX and DeLucia*

Dated: New York, New York
April __, 2009

KOBRE & KIM LLP

By_____
   Michael S. Kim
800 Third Avenue
New York, NY 10022
(212) 488-1200
(212) 488-1220 (fax)

*Attorneys for Defendant Brian Hunter*

Dated: New York, New York
April 30, 2009

SIMPSON THACHER & BARTLETT LLP

By __*/s/ Mark Stein*__
   Mark J. Stein
425 Lexington Avenue
New York, NY 10017
(212) 455-3315
(212) 455-2502 (fax)

*Attorneys for Defendant Matthew Donohoe*

Dated: New York, New York
April __, 2009

By_____
   Steven R. Goldberg
One North End Avenue, Suite 1107
World Financial Center
New York, NY 10282
(212) 845-5100
(212) 845-5102 (fax)

*Attorney for Defendants ALX and DeLucia*

3

Dated: New York, New York
April __, 2009

KOBRE & KIM LLP

By_____
   Michael S. Kim
800 Third Avenue
New York, NY 10022
(212) 488-1200
(212) 488-1220 (fax)

*Attorneys for Defendant Brian Hunter*

Dated: New York, New York
April __, 2009

SIMPSON THACHER & BARTLETT LLP

By_____
   Mark J. Stein
425 Lexington Avenue
New York, NY 10017
(212) 455-3315
(212) 455-2502 (fax)

*Attorneys for Defendant Matthew Donohoe*

Dated: New York, New York
April 30, 2009

By_____
   Steven R. Goldberg
One North End Avenue, Suite 1107
World Financial Center
New York, NY 10282
(212) 845-5100
(212) 845-5102 (fax)

*Attorney for Defendants ALX and DeLucia*

3

Dated: New York, New York
April __, 2009

           LOVELL STEWART HALEBIAN LLP

           By _____
           Christopher Lovell  Ian T. Stoll
           ~~500 Fifth Avenue~~  61 Broadway, Ste. 501
           ~~New York, NY 10110~~ New York, NY 10006
           (212) 608-1900
           (212) 719-4677 (fax)

           LOWEY DANNENBERG COHEN &
           HART, P.C.

           By _____
           Geoffrey M. Horn
           Lowey Dannenberg Cohen & Hart, P.C.
           White Plains Plaza, Suite 509
           One North Broadway
           White Plains, NY 10601

           (914) 997-0500
           (914) 997-0032 (fax)

           *Co-Lead Counsel for Plaintiffs*

           LOUIS FOX BURKE, ESQ.

           By _____
           Louis Fox Burke, Esq.
           460 Park Avenue, 21st Floor
           New York, NY 10022
           (212) 682-1700

           *Co-Lead Counsel for Plaintiffs*

SO ORDERED

_____
HONORABLE SHIRA SCHEINDLIN
United States District Judge

4

Dated: New York, New York
April __, 2009

*April 30, 2009*

        LOVELL STEWART HALEBIAN LLP

        By_____
          Christopher Lovell
        500 Fifth Avenue
        New York, NY 10110
        (212) 608-1900
        (212) 719-4677 (fax)

        LOWEY DANNENBERG COHEN &
        HART, P.C.

        By _/s/ Vincent Brigati_____
          Geoffrey M. Horn
        Lowey Dannenberg Cohen & Hart, P.C.
        White Plains Plaza, Suite 509
        One North Broadway
        White Plains, NY 10601

        (914) 997-0500
        (914) 997-0032 (fax)

        *Co-Lead Counsel for Plaintiffs*

        LOUIS FOX BURKE, ESQ.

        By _____
          Louis Fox Burke, Esq.
        460 Park Avenue, 21st Floor
        New York, NY 10022
        (212) 682-1700

        *Co-Lead Counsel for Plaintiffs*

SO ORDERED

_____
HONORABLE SHIRA SCHEINDLIN
United States District Judge

4

Dated: New York, New York
April 30, 2009

LOVELL STEWART HALEBIAN LLP

By_____
    Christopher Lovell
500 Fifth Avenue
New York, NY 10110
(212) 608-1900
(212) 719-4677 (fax)

LOWEY DANNENBERG COHEN &
HART, P.C.

By_____
    Geoffrey M. Horn
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza, Suite 509
One North Broadway
White Plains, NY 10601

(914) 997-0500
(914) 997-0032 (fax)

*Co-Lead Counsel for Plaintiffs*

LOUIS FOX BURKE, ESQ.

By_____ /Leslie Wybiral
    Louis Fox Burke, Esq.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700

*Co-Lead Counsel for Plaintiffs*

SO ORDERED

_____
HONORABLE SHIRA SCHEINDLIN
United States District Judge

5/9/09

4