UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ X

IN RE AMARANTH NATURAL GAS
COMMODITIES LITIGATION

------------------------------------------------ X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3 23 10
```

**ORDER**

**07 Civ. 6377 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

On October 15, 2010, plaintiffs moved for class certification. Having reviewed the submissions by the parties and considered the points made by counsel at the February 23, 2010 oral argument and in their subsequent letters to the Court,[1] I conclude that the record regarding class certification is insufficient. Therefore, plaintiffs' motion for class certification is denied without prejudice. In so holding, I do not reach the merits of plaintiffs' motion.

As discussed at the February 23, 2010 oral argument, plaintiffs may re-file their motion after the conclusion of additional discovery. The additional discovery shall be limited to those areas plaintiffs' expert, Christopher Gilbert, indicated remain outstanding,[2] which were discussed during the March 19, 2010

---

[1]     See 2/19/10 Letter from Christopher Lovell, plaintiffs' counsel ("2/19/10 Pl. Ltr."); 3/3/10 Letter from Stephen J. Senderowitz, defendants' counsel.

[2]     See Affirmation of Professor Christopher L. Gilbert ¶¶ 9, 15, 16, 19, 21, 26, 27; Reply Affirmation of Christopher Gilbert in Support of Plaintiffs'

conference.[3]  The May 22, 2009 scheduling order in this action otherwise remains in effect.

The parties' re-submissions are limited as follows:

On or before June 18, 2010, plaintiffs and defendants shall re-file their moving, opposition, and reply papers bearing on plaintiffs' motion for class certification.  These papers shall be submitted as filed on October 15, 2009, November 13, 2009, and January 5, 2010, respectively.

The parties may also submit additional materials pursuant to the following schedule:

| | |
|---|---|
| June 18, 2010 | Plaintiffs may submit a supplemental affirmation of Christopher L. Gilbert.  As I noted during the February 23, 2010 oral argument and the March 19, 2010 conference, this affirmation need not include the final model to be used at trial.[4]  Plaintiffs may also submit a brief totaling no more than fifteen (15) pages. |
| August 2, 2010 | Defendants may submit a supplemental affidavit of Atanu Saha in opposition to Gilbert's supplemental affirmation.  Defendants may also submit a brief totaling no more than fifteen (15) pages. |

---

Motion for Class Certification ¶ 42.

    [3]     *See* 3/19/10 Conference Transcript.

    [4]     *See* 2/23/10 Oral Argument Hearing Transcript at 44, 57; 3/19/10 Conference Transcript.

August 23, 2010    Plaintiffs may submit a supplemental reply
affirmation of Gilbert.  Plaintiffs may also submit
a reply brief totaling no more than ten (10) pages.

    The briefs permitted by the schedule above shall be limited to (1) the

experts' opinions as they relate to Rule 23(b)(3) of the Federal Rules of Civil

Procedure and (2) a revised class definition, if one is provided by plaintiffs.  No

other arguments will be considered.

    Plaintiffs' request for leave to file a motion for separate trials on

liability and damages pursuant to Rule 42(b) of the Federal Rules of Civil

Procedure[5] is also denied without prejudice.  This issue may be affected by the

supplemental briefing described above.

    The Clerk of the Court is directed to close this motion (document no.

228).

          SO ORDERED:

          Shira A. Scheindlin
          U.S.D.J.

Dated:  New York, New York
     March 23, 2010

---

[5]  *See* 2/19/10 Pl. Ltr.

3

## - Appearances -

**For Plaintiffs:**

Bernard Persky, Esq.
Gregory Scott Asciolla, Esq.
Labaton Sucharow, LLP
140 Broadway
New York, NY 10005
(212) 907-0868

Christopher Lovell, Esq.
Ian Trevor Stoll, Esq.
Lovell Stew art Halebian LLP
500 Fifth Avenue
New York, NY 10110
(212) 608-1900

Vincent Briganti, Esq.
Geoffrey Milbank Horn, Esq.
Lowey Dannenberg Cohen & Hart, P.C.
White Plains Plaza
One North Broadway, Suite 509
White Plains, NY 10601
(914) 997-0500

Robert M. Rothman, Esq.
Samuel Howard Rudman, Esq.
Fainna Kagan, Esq.
Coughlin, Stoia, Geller, Rudman &
Robbins, LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Louis Fox Burke, Esq.
Leslie Wybiral, Esq.
Louis F. Burke, P.C.
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 682-1700

Christopher J. Gray, Esq.
Christopher J. Gray PC
460 Park Avenue, 21st Floor
New York, NY 10022
(212) 838-3221

**For Defendants Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Group Inc., Amaranth Management Limited Partnership, Amaranth International Advisors, L.L.C.:**

David Emilio Mollon, Esq.
Steven Michael Schwartz, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
(212) 294-4748

Kristen Victoria Grisius, Esq.
Stephen J. Senderowitz, Esq.
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601
(312) 558-6062

**For Defendant Nicholas M. Maounis:**

Geoffrey Aronow, Esq.
Catherine Risdon Murphy, Esq.
Bingham McCutchen LLP
2020 K Street, NW
Washington, DC 20006-1806
(202) 912-2000

Peter Curtis Neger, Esq.
Theo J. Robins, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY 10022
(212) 705-7961

**For Defendant ALX Energy, Inc.:**

Steven R. Goldberg, Esq.
One North End Avenue, Suite 1107
New York, NY 10282
(212) 845-5100

**For Defendant Brian Hunter:**

Michael Sangyun Kim, Esq.
Zaharah Rachel Markoe, Esq.
Kobre & Kim LLP
800 Third Avenue
New York, NY 10022
(212) 586-9151

**For Defendant Amaranth LLC:**

Amelia Temple Redwood Starr, Esq.
Sheldon Leo Pollock, III, Esq.
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4516

**For Defendant Amaranth International Ltd.:**

Adam Selim Hakki, Esq.
Herbert S. Washer, Esq.
Kirsten N. Cunha, Esq.
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4924

**For Defendant TFS Energy Futures LLC:**

Karl Geercken, Esq.
Alan Mark Kanzer, Esq.
Amber C. Wessels, Esq.
Craig Carpenito, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY 10016
(212) 210-9400

**For Defendant Matthew Donohoe:**

Brijesh Pradyuman Dave, Esq.
Joshua Adam Levine, Esq.
Mark J. Stein, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
(212) 455-3315

**For the J.P. Morgan Defendants:**

Daniel John Toal, Esq.
Eric S. Goldstein, Esq.
Marguerite Sophia Dougherty, Esq.
Mark Floyd Pomerantz, Esq.
Jason Harold Wilson, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3869