# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

Telephone
212.608.1900

Facsimile
212.719.4775

December 22, 2011

**BY FACSIMILE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/11

The Honorable Shira A. Scheindlin
United States District Judge
500 Pearl Street, Room 1050
New York, New York 10007

Re:   *In re Amaranth Natural Gas Commodities Litig.*, 07-CV-6377 (SAS) (S.D.N.Y.)

Dear Judge Scheindlin:

     As an attorney for the Plaintiffs, and at the request of counsel for Defendants ALX Energy, Inc. and James DeLucia ("Floor Broker Defendants"), I am writing in order to inform the Court that the stipulation and agreement of settlement between Plaintiffs and the Floor Broker Defendants has been finalized and executed. However, counsel for the Floor Broker Defendants, a solo practitioner, has had a family medical emergency and will be unavailable to begin to meet his clients' notice requirements under the Class Action Fairness Act of 2005 ("CAFA") until December 27. CAFA requires that certain notices concerning a proposed class action settlement be sent within ten days of submission of such settlement to the Court. Given these circumstances, Plaintiffs have agreed to defer the filing of their motion for preliminary approval of the proposed settlement with the Floor Broker Defendants until December 27.

     Additionally, Plaintiffs, on behalf of all parties, respectfully request that the pre-trial conference currently scheduled for December 27, 2011 at 4:30 p.m. be cancelled. That conference was scheduled before the settlement agreements with the Amaranth Defendants and the Floor Broker Defendants were finalized. In the event that the Court still wishes to hold the December 27 conference, Plaintiffs, on behalf of all the parties, respectfully request that counsel be allowed to attend the conference by telephone.

Thank you very much.

*The Dec 27 Conference is adjourned sine die. So Ordered.*

Respectfully submitted,

Christopher Lovell

cc:   Counsel of Record (by electronic mail)

*[Signature] USDJ 12/23/11*