UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE: AMARANTH NATURAL GAS          MASTER FILE
COMMODITIES LITIGATION               NO. 07-CV-6377 (SAS)


This Document Relates to:    ALL ACTIONS
------------------------------------------------------------------------x

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the declaration of Christopher Lovell, Esq. and the Stipulation and Agreement of Settlement ("Settlement"), Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Shira A. Scheindlin, Untied States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, on such day and at such time designated by the Court, for entry of the [Proposed] Scheduling Order that, among other things:  (1) finds the Settlement to be sufficiently fair, reasonable, and adequate to warrant dissemination of notice to the Class; (2) certifies the Class for settlement purposes; (3) appoints Lovell Stewart Halebian Jacobson LLP, Lowey Dannenberg Cohen & Hart and Louis F. Burke P.C. as Class counsel; (4) finds the program of notice to be the best practicable notice under the circumstances; (5) approves the forms of the mailed and published notice of the Settlement; and (6) sets a schedule leading to the Court's consideration of final approval of the Settlement, including the date, time and place for a hearing to consider the fairness, reasonableness and adequacy of the Settlement.

Dated: New York, New York
December 27, 2011

        Respectfully submitted,

        */s/ Christopher Lovell*
        Christopher Lovell
        Christopher M. McGrath
        **LOVELL STEWART HALEBIAN JACOBSON LLP**
        61 Broadway, Suite 501
        New York, New York 10006
        Telephone: (212) 608-1900
        Facsimile: (212) 719-4775

        Vincent Briganti
        Geoffrey Horn
        **LOWEY DANNENBERG COHEN**
        **& HART, P.C.**
        White Plains Plaza
        1 North Broadway, 5th Floor
        White Plains, New York 10601
        Telephone: (914) 733-7221

        Louis F. Burke
        **LOUIS F. BURKE P.C.**
        460 Park Avenue, 21st Floor
        New York, New York 10022
        Telephone: (212) 682-1700

        *Lead Counsel for Plaintiffs and the Class*