UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
IN RE: AMARANTH NATURAL GAS COMMODITIES
LITIGATION

MASTER FILE
NO. 07-CV-6377 (SAS)

This Document Relates to:    ALL ACTIONS
------------------------------------------------------------------------x

## DECLARATION OF CHRISTOPHER LOVELL, ESQ. IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT

CHRISTOPHER LOVELL, pursuant to 28 U.S.C. §1746, declares as follows:

1. I am a member of the law firm of Lovell Stewart Halebian Jacobson LLP ("Lovell Stewart") and submit this declaration in support of Plaintiffs' Motion For Preliminary Approval of Class Action Settlement filed concurrently herewith.

2. The Court appointed Lovell Stewart, Lowey Dannenberg Cohen & Hart, P.C. and Louis F. Burke, P.C. as Plaintiffs' class counsel.  See *In re Amaranth Natural Gas Commodities Litigation*, 269 F.R.D. 366, 386 (S.D.N.Y. 2010).

3. I was personally involved in the negotiations for Plaintiffs which produced the Stipulation and Agreement of Settlement ("Settlement Agreement") with the Floor Broker Defendants.  A true and correct copy of the Settlement Agreement is attached as Exhibit 1 hereto.

4. I affirm that all settlement negotiations were strictly at arm's length, in good faith, and absolutely free of any collusion with the Floor Broker Defendants.

Dated:  New York, New York
        December 27, 2011

*/s/ Christopher Lovell*
Christopher Lovell

1