**CERTIFICATE OF SERVICE**

      I hereby certify that on December 27, 2011 the foregoing *Notice of Motion; Memorandum in Support of Motion; and Declaration of Christopher Lovell, Esq.* were filed and served via the Southern District's ECF system.


Dated:  New York, New York
         December 27, 2011

                                  */s/ Christopher Lovell*
                                  Christopher Lovell
                                  **LOVELL STEWART HALEBIAN JACOBSON LLP**
                                  61 Broadway, Suite 501
                                  New York, New York 10006
                                  Telephone:    (212) 608-1900
                                  Facsimile:     (212) 719-4775