UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS. | MASTER FILE NO.<br>07 CIV. 6377 (SAS)<br><br>**ECF Case** |

### AFFIDAVIT OF JENNIFER M KEOUGH REGARDING THE MAILING OF THE CAFA NOTICE

STATE OF WASHINGTON )
                    ) ss.:
COUNTY OF KING      )

Jennifer M Keough, being duly sworn, deposes and says:

1.  I am Chief Operating Officer of The Garden City Group, Inc. ("GCG"). The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.  On December 21, 2011, GCG, in Compliance with the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1711, *et seq.*, mailed and served, under the direction and supervision of Davis Polk & Wardwell LLP, via Federal Express or trackable First Class Mail, a CAFA Notice to the Attorney General of the United States, the Chairman and each of the Commissioners of the Federal Energy Regulatory Commission, the Chairman and each of the Commissioners of the Commodity Futures Trading Commission, the Attorneys General for each

of the 50 states, the District of Columbia, and certain state and U.S. territory regulatory authorities.

3. Each CAFA Notice included a Notice Letter and a CD containing all statutorily-required pleadings and documents. A list of the names and addresses of all who were served with a CAFA Notice is attached hereto as Exhibit A.

4. The Federal Express tracking system confirmed that all packages were delivered successfully, with the exception of the packages for American Samoa and Palau which, as of December 27, 2011, are listed as "in transit." The USPS tracking system either confirmed that a package was delivered successfully or provided a guaranteed delivery date.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Dated: Seattle, Washington
       December 27, 2011

                                                    _____
                                                    Jennifer M Keough

Sworn to before me this

____ day of _____ 2011

_____
Notary Public

ADRIENNE D. BUNTEN
Notary Public
State of Washington
My Commission Expires
March 7, 2015

# EXHIBIT A

| | |
|---|---|
| John J. Burns<br>Attorney General for Alaska<br>1031 W. 4th Avenue<br>Suite 200<br>Anchorage, AK 99501<br>(907) 465-2133 | Luther Strange<br>Attorney General for Alabama<br>501 Washington Avenue<br>Montgomery, AL 36104<br>(334) 242-7300 |
| Dustin McDaniel<br>Attorney General for Arkansas<br>323 Center St., Suite 200<br>Little Rock, AR 72201<br>(800) 482-8982 | Tom Horne<br>Attorney General for Arizona<br>1275 W. Washington St.<br>Phoenix, AZ 85007<br>(602) 542-5025 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>110 West A Street, Suite 1100<br>San Diego, CA 92186<br>(619) 645-2001 | John W. Suthers<br>Attorney General for Colorado<br>1525 Sherman St., 7th Floor<br>Denver, CO 80203<br>(303) 866-4500 |
| George C. Jepsen<br>Attorney General for Connecticut<br>55 Elm St.<br>Hartford, CT 06106<br>(860) 808-5318 | Irvin B. Nathan<br>Attorney General for DC<br>One Judiciary Square<br>441 4th St. NW, Suite 1145S<br>Washington, DC 20001<br>(202) 727-3400 |
| Joseph R. Biden III<br>Attorney General for Delaware<br>Carvel State Office Bldg.<br>820 N. French St., 6th Fl<br>Wilmington, DE 19801<br>(302) 577-8400 | Pam Bondi<br>Attorney General for Florida<br>The Capitol, PL-01<br>Tallahassee, FL 32399<br>(850) 414-3300 |
| Sam Olens<br>Attorney General for Georgia<br>40 Capitol Square SW<br>Atlanta, GA 30334<br>(404) 656-3300 | David M. Louie<br>Attorney General for Hawaii<br>425 Queen St.<br>Honolulu, HI 96813<br>(808) 586-1500 |
| Tom Miller<br>Attorney General for Iowa<br>1305 E Walnut St<br>Des Moines, IA 50319<br>(515) 281-5164 | Lawrence Wasden<br>Attorney General for Idaho<br>700 W. Jefferson St.<br>Suite 210<br>Boise, ID 83720<br>(208) 334-2400 |

Lisa Madigan
Attorney General for Illinois
100 W Randolph St.
Chicago, IL 60601
(312) 814-3000

Greg Zoeller
Attorney General for Indiana
Indiana Government Center South
302 W. Washington St, 5th Floor
Indianapolis, IN 46204
(317) 232-6201

Derek Schmidt
Attorney General for Kansas
Memorial Hall, 2nd Fl.
120 SW 10th St.
Topeka, KS 66612
(785) 296-2215

Jack Conway
Attorney General for Kentucky
Capitol Suite 118
700 Capitol Avenue
Frankfort, KY 40601
(502) 696-5300

James D. 'Buddy' Caldwell
Attorney General for Louisiana
1885 North 3rd St., 6th Floor
Baton Rouge, LA 70802
(225) 326-6465

Martha Coakley
Attorney General for Massachusetts
1 Ashburton Pl.
Boston, MA 02108
(617) 727-2200

Douglas F. Gansler
Attorney General for Maryland
200 St. Paul Pl.
Baltimore, MD 21202
(410) 576-6300

William J. Schneider
Attorney General for Maine
6 State House Station
Augusta, ME 04333
(207) 626-8800

Bill Schuette
Attorney General for Michigan
G. Mennen Williams Bldg., 7th Fl.
525 W. Ottawa St.
Lansing, MI 48909
(517) 373-1110

Lori Swanson
Attorney General for Minnesota
1400 Bremer Tower
445 Minnesota St.
St. Paul, MN 55101
(651) 296-3353

Chris Koster
Attorney General for Missouri
Supreme Court Building
207 W High St.
Jefferson City, MO 65101
(573) 751-3321

Jim Hood
Attorney General for Mississippi
Walter Sillers Bldg.
550 High St., Ste. 1200
Jackson, MS 39201
(601) 359-3680

Steve Bullock
Attorney General for Montana
Department of Justice
215 North Sanders
Helena, MT 59620
(406) 444-2026

Roy Cooper
Attorney General for North Carolina
114 West Edenton Street
Raleigh, NC 27602
(919) 716-6400

Wayne Stenehjem
Attorney General for North Dakota
State Capitol
600 E. Blvd. Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210

Jon Bruning
Attorney General for Nebraska
2115 State Capitol
Lincoln, NE 68509
(402) 471-2682

Michael A. Delaney
Attorney General for New Hampshire
33 Capitol St.
Concord, NH 03301
(603) 271-3658

Paula T. Dow
Attorney General for New Jersey
HJC, 8th Floor, West Wing
25 Market Street
Trenton, NJ 08625
(609) 292-4925

Gary King
Attorney General for New Mexico
408 Galisteo St.
Villagra Bldg.
Santa Fe, NM 87501
(505) 827-6000

Catherine Cortez Masto
Attorney General for Nevada
100 N. Carson St.
Carson City, NV 89701
(775) 684-1100

Eric T. Schneiderman
Attorney General for New York
The Capitol Building
Albany, NY 12224
(518) 474-7201

Mike DeWine
Attorney General for Ohio
30 E. Broad St., 14th Floor
Columbus, OH 43215
(614) 466-4986

E. Scott Pruitt
Attorney General for Oklahoma
313 NE 21st St.
Oklahoma City, OK 73105
(405) 521-3921

John Kroger
Attorney General for Oregon
Oregon Department of Justice
1162 Court St., NE
Salem, OR 97301
(503) 378-4400

Linda Kelly
Attorney General for Pennsylvania
16th Floor, Strawberry Square
Harrisburg, PA 17120
(717) 787-3391

Peter Kilmartin
Attorney General for Rhode Island
150 S. Main St.
Providence, RI 02903
(401) 274-4400

Alan Wilson
Attorney General for South Carolina
Rembert Dennis Bldg
1000 Assembly St., Room 519
Columbia, SC 29201
(803) 734-3970

Marty J. Jackley
Attorney General for South Dakota
1302 E. Hwy. 14, Suite 1
Pierre, SD 57501
(605) 773-3215

<div style="display: flex;">

Robert E. Cooper, Jr.
Attorney General for Tennessee
Cordell Hull Building, Ground Floor
425 5th Ave. N.
Nashville, TN 37243
(615) 741-3491

Mark Shurtleff
Attorney General for Utah
Utah State Capitol Complex
350 N. State St., Suite 230
Salt Lake City, UT 84114
(801) 538-9600

William H. Sorrell
Attorney General for Vermont
109 State St.
Montpelier, VT 05609
(802) 828-3171

J.B. Van Hollen
Attorney General for Wisconsin
Wisconsin Dept. of Justice
Risser Justice Ctr, 17 W. Main St
Madison, WI 53703
(608) 266-1221

Gregory A. Phillips
Attorney General for Wyoming
123 Capitol Building
200 W. 24th St.
Cheyenne, WY 82002
(307) 777-7841

Leonardo M. Rapadas
Attorney General for Guam
287 W. O'Brien Dr.
Hagatna, GU 96910
(671) 475-3324

Guillermo Somoza Colombani
Edificio Principal del Depto. De Justicia
Piso 11, 601 Calle Olimpo
Esquina Axtmayer, Parada 11
San Juan, PR 00907
(787) 721-7771

Greg Abbott
Attorney General for Texas
300 W. 15th St.
Austin, TX 78701
(512) 463-2100

Kenneth T. Cuccinelli II
Attorney General for Virginia
900 E. Main St.
Richmond, VA 23219
(804) 786-2071

Rob McKenna
Attorney General for Washington
1125 Washington St. SE
Olympia, WA 98504
(360) 753-6200

Darrell McGraw
Attorney General for West Virginia
State Capitol Complex
Bldg. 1, Room E-26
Charleston, WV 25305
(304) 558-2021

Fepulea'i Afa Ripley, Jr.
Attorney General for American Samoa
American Samoa Gov't.
A.P. Lutali Executive Office Bldg
Pago Pago, AS 96799
(684) 633-4163

Edward T. Buckingham
Attorney General for the
Northern Mariana Islands
Admin Bldg, PO Box 10007
Saipan, MP 96950
(670) 664-2341

Vincent F. Frazer
Attorney General for Virgin Islands
Dept of Justice, GERS Cplx, 2nd Fl
34-38 Kronprindsens Gade
St. Thomas, VI 00802
(340) 774-5666

</div>

<div style="display: flex;">

Ernestine K. Rengiil
Attorney General for Palau
PO Box 1365
Koror, PW  96940
(680) 488-2481

Hon. Maketo Robert
Office of the Attorney General for
the Federated States of Micronesia
PO Box PS 105, Palikir
Pohnpei, FM  96941
(691) 320-2644

</div>

Tubosoye Brown
Acting Attorney General for the
Republic of the Marshall Islands
PO Box 890
Majuro, MH  96960
(692) 625-8245

Lorie L Hovanec, Director
DCCED Div. of Banking & Securities
550 W. Seventh Ave., Ste. 1940
Anchorage, AK  99501
(907) 269-8140

Joseph P. Borg, Director
Alabama Securities Commission
401 Adams Ave., Ste. 208
Montgomery, AL  36104
(334) 242-2984

A. Heath Abshure, Commissioner
Arkansas Securities Department
Heritage West Bldg.
201 East Markham St. Rm. 300
Little Rock, AR  72201-1692
(501) 324-9260

Matthew J. Neubert, Director
Arizona Corporation Commission
Securities Division
1300 W. Washington St. 3rd Fl.
Phoenix, AZ  85007
(602) 542-4242

Preston DuFauchard, Commissioner
Department of Corporations
Securities Regulation Division
1515 K St., Ste. 200
Sacramento, CA  95814-4052
(916) 445-7205

Fred Joseph, Commissioner
Division of Securities
Dept. of Regulatory Agencies
1560 Broadway, S. 900
Denver, CO  80202
(303) 894-2320

Howard F. Pitkin, Commissioner
Connecticut Department of Banking
260 Constitution Plaza
Hartford, CT  06103-1800
(860) 240-8299

William P. White, Commissioner
Department of Insurance, Securities
and Banking, Government of D.C.
810 First St., NE, Ste. 701
Washington, DC  20002
(202) 727-8000

Peter O. Jamison III, Commissioner
Delaware Securities Division
820 N. French St, 5th Fl
Wilmington, DE  19801
(302) 577-8424

Franklin L. Widmann, Director
Office of Financial Regulation
Division of Securities
200 E. Gaines St.
Tallahassee, FL  32399-0375
(850) 410-9500

Brian P. Kemp
Georgia Commissioner of Securities
237 Coliseum Drive
Macon, GA  31217-3858
(478) 207-2440

Tung Chan, Commissioner
Dept of Commerce & Consumer Affairs
Business Registration Division
335 Merchant St., Rm 205
Honolulu, HI  96813
(808) 586-2744

Susan E Voss, Commissioner
Iowa Insurance Division, Securities
and Regulated Industries Bureau
330 Maple St.
Des Moines, IA  50319-0065
(515) 281-5705

Gavin M. Gee, Director
Idaho Department of Finance
800 Park Blvd., Suite 200
Boise, ID  83712
(208) 332-8000

Tanya Solov, Director
Illinois Securities Department
Jefferson Terrace Suite 300 A
300 West Jefferson Street
Springfield, IL 62702
(217) 782-2256

Aaron Jack, Commissioner
Office of the Securities
Commissioner
109 SW 9th St., Ste. 600
Topeka, KS 66612-1215
(785) 296-3307

Rhonda Reeves, Deputy
Commissioner, Securities Division
Office of Financial Institutions
8660 United Plaza Blvd., 2nd Floor
Baton Rouge, LA 70809-7024
(225) 925-4660

Melanie S. Lubin, Commissioner
Division of Securities
Office of the Attorney General
200 St. Paul Pl.
Baltimore, MD 21202-2020
(410) 576-6360

Kevin Clinton, Commissioner
Securities Division
Financial and Insurance Regulation
611 W. Ottawa St. 3rd Fl
Lansing, MI 48933
(517) 373-0220

Matt Kitzi, Commissioner
Office of the Missouri Secretary
of State, Securities Division
600 W. Main St.
Jefferson City, MO 65101-1276
(573) 751-4136

Monica J. Lindeen, Commissioner
Montana Commissioner of Securities
and Insurance, Securities Division
840 Helena Ave.
Helena, MT 59601
(406) 444-2040

Chris Naylor, Commissioner
Indiana Securities Division
302 West Washington Street
Room E111
Indianapolis, IN 46204
(317) 232-6681

Charles A. Vice, Commissioner
Division of Securities
Dept. of Financial Institutions
1025 Capitol Center Dr., Ste. 200
Frankfort, KY 40601-3868
(502) 573-3390

William Francis Galvin
Secretary of the Commonwealth
Massachusetts Securities Division
One Ashburton Pl. 17th Fl
Boston, MA 02108
(617) 727-3548

Judith M Shaw, Administrator
Dept of Professional and Financial
Regulation, Office of Securities
76 Northern Ave
Gardiner, ME 04345-0121
(207) 624-8551

Mike Rothman, Commissioner
Minnesota Department of Commerce
85 7th Pl. E, Ste. 500
St. Paul, MN 55101
(651) 296-4026

Tanya Webber, Asst. Sec. of State
Securities and Charities Division
Secretary of State's Office
700 North St.
Jackson, MS 39202
(601) 359-1048

David Massey, Deputy
Securities Administrator
North Carolina Securities Division
2 S. Salisbury St.
Raleigh, NC 27601-2903
(919) 807-2000

Karen Tyler, Commissioner
North Dakota Securities Department
State Capitol, 5th Floor
600 E. Boulevard Ave.
Bismarck, ND 58505-0510
(701) 328-2910

Prof. Joseph C. Long, Director
Bureau of Securities Regulation
Department of State
State House, 107 N. Main St. #204
Concord, NH 03301
(603) 271-1463

Daniel S. Tanaka, Director
Securities Division
Regulation & Licensing Department
2550 Cerrillos Road
Santa Fe, NM 87505
(505) 476-4500

Marc B. Minor, Bureau Chief
Office of the Attorney General
Investor Protection Bureau
120 Broadway, 23rd Fl.
New York, NY 10271
(212) 416-8222

Irving L. Faught, Administrator
Oklahoma Department of Securities
Suite 860, First National Center
120 North Robinson
Oklahoma City, OK 73102
(405) 280-7700

The Commissioners
Pennsylvania Securities Commission
Eastgate Office Building, 2nd Floor
1010 North Seventh St.
Harrisburg, PA 17102-1410
(717) 787-8061

Alan Wilson, Commissioner
Securities Division, Office of the
Attorney General, Rember Dennis
Building, 1000 Assembly St.
Columbia, SC 29201
(803) 734-9916

Jack E. Herstein, Asst. Director
Department of Banking & Finance
Bureau of Securities
1230 "O" Street, Suite 400
Lincoln, NE 68508-1402
(402) 471-3445

Abbe R. Tiger, Bureau Chief
Bureau of Securities
Department of Law and Public Safety
153 Halsey St., 6th Floor
Newark, NJ 07102
(973) 504-3600

Diana J. Foley, Administrator
Securities Division
Office of the Secretary of State
555 E. Washington Ave. Ste. 5200
Las Vegas, NV 89101
(702) 486-2440

Andrea L. Seidt, Commissioner
Ohio Department of Commerce
Division of Securities
77 South High St., 22nd Floor
Columbus, OH 43215-6131
(614) 644-7381

David C Tatman, Administrator
Division of Finance and
Corporate Securities
350 Winter St. NE, Rm. 410
Salem, OR 97301-3881
(503) 378-4140

Paul McGreevy, Director
Dept. of Business Regulation
Securities Regulation Division
1511 Pontiac Avenue, Building 691
Cranston, RI 02920
(401) 462-9527

Michael J. Youngberg, Director
South Dakota Dept of Labor and
Regulation, Division of Securities
445 East Capitol Ave.
Pierre, SD 57501-3185
(605) 773-4823

| | |
|---|---|
| Daphne D. Smith, Asst Commissioner<br>Dept. of Commerce and Insurance<br>Securities Division<br>500 James Robertson Parkway<br>Nashville, TN 37243-0575<br>(615) 741-2947 | John Morgan, Commissioner<br>State Securities Board<br>208 East 10th, 5th Fl (Rusk Bldg)<br>Austin, TX 78701<br>(512) 305-8300 |
| Keith Woodwell, Director<br>Division of Securities<br>Department of Commerce<br>160 E. 300 South, 2nd Fl.<br>Salt Lake City, UT 84111<br>(801) 530-6600 | Ronald W. Thomas, Director<br>SCC Division of Securities and<br>Retail Franchising<br>Tyler Bldg 9th Fl, 1300 E. Main St.<br>Richmond, VA 23219<br>(804) 371-9051 |
| Thomas J. Candon<br>Deputy Commissioner, BISHCA<br>Securities Division<br>89 Main Street<br>Montpelier, VT 05620-3101<br>(802) 828-3420 | Bill Beatty, Administrator<br>Division of Securities<br>Dept. of Financial Institutions<br>150 Israel Rd SW<br>Tumwater, WA 98501<br>(360) 902-8760 |
| Patricia Struck, Administrator<br>Division of Securities<br>Dept. of Financial Institutions<br>345 W. Washington Ave., 4th Floor<br>Madison, WI 53703<br>(608) 266-1064 | Glen B. Gainer III, Commissioner<br>Securities Commission<br>1900 Kanawha Blvd E.<br>Bldg 1, Room W100<br>Charleston, WV 25305<br>(304) 558-2261 |
| Karen Wheeler, Director<br>Compliance Division<br>Office of the Secretary of State<br>State Capitol Bldg, 200 W. 24th St.<br>Cheyenne, WY 82002-0020<br>(307) 777-7370 | Logovi'i Magalei, Director<br>Department of Treasury<br>Executive Office Building<br>Pago Pago, AS 96799<br>(684) 633-4166 |
| Juan Q. Carlos, Administrator<br>Guam Dept. of Revenue and Taxation<br>Regulatory Division<br>1240 Army Drive<br>Barrigada, GU 96913<br>(671) 635-1846 | Alfredo Padilla, Commissioner<br>of Financial Institutions of Puerto<br>Rico, Centro-Europa Bulding Ste 600<br>1492 Ponce de Leon Ave<br>San Juan, PR 00907<br>(787) 723-3131 |
| Deverita Sturdivant<br>Chief of Securities Regulation<br>Division of Banking and Insurance<br>18 Kongens Gade<br>St. Thomas, VI 00802<br>(340) 774-7166 | Lillian Pangelinan, Administrator<br>Department of Commerce<br>Division of Banking<br>Caller Box 10007<br>Saipan, MP 96950<br>(670) 664-3000 |

Hon. Mr Finley S. Perman, Secretary
Dept. of Finance and Administration
PS 158
Palikir
Pohnpei, FM 96941
(691) 320-2640

Jack J. Ading, Minister of Finance
Banking Commission of Marshall Islands
P.O. Box D, Cabinet Building
Majuro, MH 96960
(692) 625-8320

G. Semdiu Decherong
Executive Commissioner
FIC Office PRA Professional Bldg
Suite 203
Koror, PW 96940
(680) 488-3560