*fee paid $455*
*465407003333*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| IN RE: AMARANTH NATURAL GAS COMMODITIES LITIGATION<br><br>This Document Relates To:<br><br>Roberto Calle Gracey, John F. Special, Gregory Smith, and Alan Martin, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Amaranth LLC, Amaranth Advisors L.L.C., Amaranth Advisors (Calgary) ULC, Amaranth Partners LLC, Amaranth Capital Partners LLC, Amaranth Management Limited Partnership, Amaranth Group Inc., Amaranth International Limited, Amaranth International Advisors L.L.C., Nicholas M. Maounis, Brian Hunter, Matthew Donohoe, ALX Energy, Inc., James DeLucia, TFS Energy Futures, LLC, Gotham Energy Brokers, Inc., J.P. Morgan Futures, Inc., J.P. Morgan Chase & Co., and J.P. Morgan Chase Bank, Inc.,<br><br>Defendants. | Master File No.<br>07 Civ. 6377 (SAS) |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 16 2012

### NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that pursuant to FED. R. APP. P. 4(a)(1)(A), Plaintiffs, Roberto Calle Gracey, John Special, Gregory Smith, and Alan Martin, on behalf of themselves and others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit this Court's: (1) October 7, 2008 Opinion and Order to any and every extent that it granted with or without prejudice the motion by defendants J.P. Morgan Chase & Co., J.P. Morgan Futures, Inc. and J.P. Morgan Chase Bank, Inc. (collectively, the "J.P. Morgan Defendants") to dismiss the claims in the Corrected Consolidated Class Action Complaint

against the JP Morgan Defendants for failure to state a claim upon which relief may be granted pursuant to FED. R. CIV. P. 12(b)(6) [Dkt. No. 147]; and (2) April 27, 2009 Opinion and Order to any and every extent that it granted the J.P. Morgan Defendants' Rule 12(b)(6) motion to dismiss the claims against the JP Morgan Defendants or otherwise dismissed the claims against the JP Morgan Defendants, with prejudice [Dkt. No. 201] (collectively, the "Dismissal Orders").

The District Court entered two final orders and judgments in this action on April 11, 2012 [Dkt. No. 404] and April 18, 2012 [Dkt. No. 408] (the "April Settlement Judgments") dismissing all remaining claims against the remaining defendants pursuant to class action settlement agreements. Plaintiffs, having not been aggrieved by these April Settlement Judgments, do not appeal them and the District Court retains jurisdiction to distribute the settlement funds. The April Settlement Judgments rendered the Dismissal Orders final and appealable as of April 18, 2012. This Notice of Appeal is timely, having been filed within 30 days of April 18, 2012. FED. R. CIV. P. 4(a)(1)(A).

Dated: May 15, 2012
       White Plains, New York

Respectfully submitted,

_____
Peter D. St. Phillip, Jr.
Vincent Briganti
Geoffrey Horn
**LOWEY DANNENBERG COHEN & HART, P.C.**
White Plains Plaza
1 North Broadway, 5th Floor
White Plains, New York 10601
Telephone: (914) 733-7221

Christopher Lovell
Christopher M. McGrath
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

Louis F. Burke
**LOUIS F. BURKE P.C.**
460 Park Avenue, 21st Floor
New York, New York 10022
Telephone: (212) 682-1700

*Counsel for Plaintiffs and the Class*